Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED

# UNITED STATES DISTRICT COURT
for the

District of

Division

2022 JUL 11 A 8: 41

C.M. Busto

_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Fairfax County, Et. Al

_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 1:22CV771 RDA/IDD
_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_  ☒ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: C.M. Busto
  Street Address: 1041 Wisconsin Ave.
  City and County: Washington D.C., 20007
  State and Zip Code: District of Columbia
  Telephone Number: 223.233.7157
  E-mail Address: Saskatoon.banzai@proton.me

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Fairfax County
- Job or Title (if known): Administration/Jurisdiction
- Street Address: 12000 Government Center Pkwy
- City and County: Fairfax, VA
- State and Zip Code: 22035
- Telephone Number: 703.324.7329
- E-mail Address (if known):

Defendant No. 2
- Name: Penney Azcarate
- Job or Title (if known): District Court State/County Judge
- Street Address: 4110 Chain Bridge Rd.
- City and County: Fairfax, VA
- State and Zip Code: 22030
- Telephone Number: 703.691-7320
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

5th Amendment, Double Jeopardy U.S. Code 2921.44
U.S. Code Chapter 47 1001 Fraud    Dereliction of Duty

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* C.M. Busto, is a citizen of the State of *(name)* District of Columbia.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* ~~[scribbled out]~~, is incorporated under the laws of the State of *(name)* ~~[scribbled out]~~, and has its principal place of business in the State of *(name)* ~~[scribbled out]~~.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* Fairfax Co., is a citizen of the State of *(name)* Virginia. Or is a citizen of *(foreign nation)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation
The defendant, (name) **Penney Azcarate**, is incorporated under the laws of the State of (name) **Virginia**, and has its principal place of business in the State of (name) **Virginia**.
Or is incorporated under the laws of (foreign nation) _____
and has its principal place of business in (name) **Fairfax Circuit Court (gov.)**

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

**$10,000,000 Dollars + $75,000 for expenses. That is the cost of the fraud of going against MY FEDERAL JUDGE'S ORDERED CASE IN AMBER H.'S TRIAL.**

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**IF I WON OWNERSHIP OF EVERY CORPORATION IN AMERICA FOR ALL 331 MILLION AMERICANS, INCL. MYSELF, THE ASSETS R IN THE TRILLIONS + . IT IS A HUGE VIOLATION UPON MY RIGHTS WHEN MY CASE/ORDER(S) ARE DISOBEYED, COSTING ME TIME +**

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**LOTS OF MONEY.**

**ASKING THE COURT TO ORDER PENNEY AZCARATE TO OBEY Federal Judge Lynn N. Hughes' January 2021 Order, and Conclude DOUBLE JEOPARDY IN THE CONVICTION FROM AMBER HEARD'S TRIAL. SHE WAS TRIED TWICE,**

Page 4 of 5

...(CONT.) Being convicted in Federal Court last year (3 TIMES) OF EVERY FORM OF DEFAMATION POSSIBLE. I CAN PROVE IT DURING JURY SELECTION OR AT TRIAL, BUT LYNN HUGHES ALREADY GRANTED IT JAN. 26th, LAST YR.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/10/22

Signature of Plaintiff

Printed Name of Plaintiff: C. M. Busto

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
__Alexandria__ DIVISION

__C. M. Busto__
Plaintiff(s),

v.

__Fairfax County, Et. Al__
Defendant(s).

FILED
2022 JUL 11

Civil Action Number: _____
1:22CV771 L.N.M.
RDA/IDD

I am a non-attorney, granted ASL 4 language, in 4:21-mc-00020 per

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of __Civil Complaint__.
(Title of Document)

__C. M. Busto__
Name of Pro Se Party (Print or Type)

__[signature]__
Signature of Pro Se Party

Executed on: __7/11/22__ (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of Pro Se Party (Print or Type)

_____
Signature of Pro Se Party

Executed on: _____ (Date)