UPON EVIDENCE,

BY MANY WITNESSES,

IT CAN BE SHOWN THAT

FAIRFAX CO. DID KNOWINGLY,

WILLINGLY, AND SEVERELY + UNLAWFULLY

DISOBEY Federal Judges + their orders

over the last 3 1/2 Months:

Lynn N. Hughes, Keith Ellison,

Virginia K. DeMarchi, and Karen S. Crawford,

(case active) + Multiple Superior Court Judgments

Incl. E. M. Gross + Samuel Feng.

# Your Honor(s):

I am Filing on Behalf of

my own established case(s), therefore

have the right to proceed. I have evidence

that Fairfax County MISUSED GOVERNMENT +

JUDICIAL JURISDICTION, to THE DETRIMENT (NOW)

OF MILLIONS OF DOLLARS (and if I (we) DON'T

STOP IT, BILLIONS + EVEN TRILLIONS). NOT

HAVING SUPERIOR COURTS OBEY FEDERAL JUDGMENTS

+ LAW IS LEADING TO PERJURY, WRONGFUL DEATH

MANY INJURIOUS THINGS, AND DEFRAUDING MANY

MORE THAN 331 Million People. That's why we

have law : To Protect Each other. When

LAWS ARE DISOBEYED, PEOPLE GET HURT.

Fairfax County, upon evidence, some now enclosed, did willfully, knowingly subject Me, Amber Heard + the Rest of America to Pain, injury + wrongful misrepresentation which, unless checked <u>now</u>, can lead to WRONGFUL DEATH.

I am requesting the $ 8.5 million — $ 10,000,000 Judgment against Amber Heard, Due to Fairfax Judge (Penney Azcarate), <u>numerous</u> times (by USPS priority TWICE, once DURING the Depp trial, once on Saturday the 9th) REFUSE TO ABIDE BY FEDERAL LAW, CAUSING <u>MY</u> CASE TO COME INTO DISREPUTE + DEFAMATION. I STAND TO LOSE BILLIONS IN ASSETS, So DOES AMBER, if Lynn N. Hughes Case is NOT <u>UPHELD</u>.

over 5 times (3 was enough)
(once would've been a Law-abiding
Society) Employees, Lawyers + Judges,
Incl. Penney Azcarate + others (to be
named later), incl. the Clerk John T.
Frey (who knew, + accessed my website)
knew, + did nothing, choosing their own
wanton disregard for Federal Authority +
Law.

   So, once again, seeking cost of expenses,
$75,000 Dollars, and a Nullification +
Dismissal of the ≈$8.5 -10 million dollar
judgment upon one Amber Heard.

I am also

claiming Double Jeopardy,

now knowingly, caused by Fairfax

County, with knowledge of MY CASES

FILED LAST YEAR, AGAINSt ONE AMBER

HEARD, WHICH IS FINANCIALLY HURTING ME,

HER + ULTIMATELY EVERY AMERICAN +

HUMAN IN THE LONG RUN.

Seeking Damages of ≈ $10,000,000 +

$175,000 in expenses.

WIKIPEDIA

# Double jeopardy

**Double jeopardy** is a procedural defence (primarily in common law jurisdictions) that prevents an accused person from being tried again on the same (or similar) charges following an acquittal or conviction and in rare cases prosecutorial and/or judge misconduct in the same jurisdiction.[1] Double jeopardy is a common concept in criminal law. In civil law, a similar concept is that of *res judicata*. Variation in common law countries is the peremptory plea, which may take the specific forms of *autrefois acquit* ('previously acquitted') or *autrefois convict* ('previously convicted'). These doctrines appear to have originated in ancient Roman law, in the broader principle *non bis in idem* ('not twice against the same').[2]

## Contents

**Availability as a legal defence**

**International Covenant on Civil and Political Rights**

**European Convention on Human Rights**

**By country**
    Australia
    Canada
    France
    Germany
    India
    Japan
    The Netherlands
    Pakistan
    Serbia
    South Africa
    South Korea
    United Kingdom
        England and Wales
            Pre-2003
            Post-2003
        Scotland
        Northern Ireland
    United States
        Prosecution after acquittal
        Exceptions
        Multiple punishment, including prosecution after conviction
        Prosecution after mistrial

**See also**

We have the right to NOT BE CONVICTED TWICE FOR The SAME CRIMES

4:21-mc-00020 Convicted US Already (All Americans, Incl. Amber Heard) In Jan. Last Yr.

# Lynn N. Hughes, United States District Judge



**Lynn N. Hughes**
United States District Judge
LNH@txs.uscourts.gov

Biography and Disclosure

| Case-Related Contact | Chambers Contact |
|---|---|
| **Glenda Hassan** | **Crystina Huerta** |
| Case Manager | Secretary |
| (713) 250-5516 (voice) | (713) 250-5900 (voice) |
| (713) 250-5937 (fax) | (713) 250-5650 (fax) |
| Glenda_Hassan@txs.uscourts.gov | Crystina_Huerta@txs.uscourts.gov |
| 515 Rusk Avenue, Room 5300 | 515 Rusk Avenue, Room 11122 |
| Houston, Texas 77002-2605 | Houston, Texas 77002-2605 |

*Please contact ASAP*

*Case Signed Caused Double Jeopardy for Me (+ Amber H.)*

| Procedures | Guides |
|---|---|
| Procedures | Publications |

*I am trying to stop the (my) Next Arrest it will*

| This Week's Schedule | Next Week's Schedule |
|---|---|
| Monday | Monday |
| Tuesday | Tuesday |

*BE DOUBLE JEOPARDY !!!*



Jan, 26th 2021

Welcome to the U.S. District Court for the SOUTHERN DISTRICT OF TEXAS

### SOUTHERN DISTRICT OF TEXAS - Document Filing System

---

**The Southern District of Texas is now on NextGen CM/ECF.**
**For information on the way that changes your access to this system, visit our web site.**

---

**NOTICE: This application is unavailable Monday through Friday from 6:00 am - 6:15 am for system maintenance.**

---

This is a restricted government website for official court business only. All activities of CM/ECF subscribers or users of this system for any purpose, and all access attempts, may be recorded and monitored by persons authorized by the federal judiciary for improper use, protection of system security, performance of maintenance and for appropriate management by the judiciary of its systems. By subscribing to CM/ECF, users expressly consent to system monitoring and to official access to data reviewed and created by them on the system. If evidence of unlawful activity is discovered, including unauthorized access attempts, it may be reported to law enforcement officials.

## Procedures and answers to frequently asked questions for electronic filing in the Southern District of Texas are available on our web site.

---

### Reminder for Panel Trustees and Attorneys Appointed Under the Criminal Justice Act

Panel Trustees and attorneys appointed under the Criminal Justice Act who have court-authorized fee-exempt PACER accounts are reminded that the fee exemption only applies for limited purposes. **Any transfer of data obtained as a result of a fee exemption is prohibited unless expressly authorized by the court.** Therefore, fee-exempt PACER users must refrain from the use of software that shares or transfers electronic court records to third parties.

---

E-Mail ECF Help Desk District Court: district_ecf_helpdesk@txs.uscourts.gov

---

10September2020

### Court Information

*[handwritten: Actual Case]*

Query   Reports   Utilities   Help   Log Out

*[handwritten: CLOSED (miscellaneous case]*

**U.S. District Court**
**SOUTHERN DISTRICT OF TEXAS (Houston)**
**CIVIL DOCKET FOR CASE #: 4:21-mc-00020**

Busto, The First v. The Honorable State of Texas **Do not docket in** Date Filed: 01/08/2021
**this case. File only in 4:21cv0343.** Date Terminated: 01/29/2021
Assigned to: Judge Lynn N Hughes
Related Case: 4:21-cv-00343
Cause: No cause code entered

**Plaintiff**

**C. M Busto, The First**                 represented by **C. M Busto, The First**
                                           535 E. Yanonali St.
                                           Santa Barbara, CA 93103
                                           PRO SE

*[handwritten: This Case Won Ownership of All American Businesses For Me, + Amber + Oonagh + all 331 million Americans]*

V.

**Defendant**
**The Honorable State of Texas**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/08/2021 | 1 | APPLICATION to Proceed In Forma Pauperis filed by C. M Busto, The First. (Attachments: # 1 Proposed Order, # 2 Exhibit)(rcastro, 4) (Additional attachment(s) added on 1/8/2021: # 3 Complaint) (rcastro, 4). (Entered: 01/08/2021) |
| 01/26/2021 | 2 | ORDER Granting Application to Proceed IFP. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 01/29/2021) |
| 02/08/2021 | 3 | E-MAIL from Chad Busto re: granting petition, filed. (ghassan, 4) (Entered: 02/08/2021) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/10/2022 08:33:20 | | |
| PACER Login: | HowarBarry8k | Client Code: |
| Description: | Docket Report | Search Criteria: 4:21-mc-00020 |
| Billable Pages: | 1 | Cost: 0.10 |

*[handwritten: Granted Whole Application which Includes All 10 Documents, Judge's Order, Email, Website Included Within, AND Email + ALL INFO WITHIN !!!]*

AO 240 (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)    Appendix C

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

C. M. Busto, the First.
_____
Plaintiff
)
)
)
)
)
)

The Honorable State of Texas
_____
Defendant

Civil Action No.

27MC0020

United States Courts
Southern District of Texas
FILED

JAN 08 2021

Clerk of Court

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: We are an entire humanity. We are being held in prisons and jails all over the world

If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are: Because I am a Human Being, yes I am one body, at least, but my perception and ability to sense my surroundings, which includes my surroundings, is also a part of me (us).

My gross pay or wages are: $ _____, and my take-home pay or wages are: $ _____ per

(specify pay period) _____

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment      ☒ Yes    ☐ No
(b) Rent payments, interest, or dividends               ☒ Yes    ☐ No
(c) Pension, annuity, or life insurance payments        ☒ Yes    ☐ No
(d) Disability, or worker's compensation payments       ☒ Yes    ☐ No
(e) Gifts, or inheritances                              ☒ Yes    ☐ No
(f) Any other sources                                   ☒ Yes    ☐ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Ans    As an American Citizen, I have a body, mind and Voice. If my voice is a language, like A. English, then I have the language. Then I have (when we have) the American English Language, We (I) MUST HAVE ALL COMBINATIONS OF ITS SYMBOLS, A-Z, AND ALL COMBINATIONS OF ITS WORDS. PERIOD. i therefore MUST HAVE THE EXACT TRUTHFUL COMBINATION OF WORDS AS A STATEMENT "I HAVE AN INFINITE AMOUNT OF

Because I HAVE, WHICH IS why I AM INCLVDED IN AN
INFINITE AMOUNT OF CASH,

AO 240  (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ _INFINITE_ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: I, Along with Everything and Everyone Else that Exists Am A Co-owner of Everything that Exists. We Have Everything that Exists Together through the Truth of Reality, and a Common Identity as Humans + Existence Itself.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: All houses, transportation, owed loans, and An Infinite Debt is a part of who we are and who I am. Technically, I both have and owe An Infinite Amount of Money, which puts the ledger at $0.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: As long as I (we) live, (and even dead people are still apart of our lives) Everyone and Everything will be categorical truths which will Depend on Us (mE, you + I)

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*: We ALL HAVE, VNTIL WE CHANGE OVR LANGUAGE, WHICH IS A FACT OF OVR REALITY (SEING THESE WORDS), AN INFINITE AMOVNT OF DEBT (OVR NATIONAL DEBT KEEPS INCREASING TOWARDS INFINITY)

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _1/8/21_

Applicant's signature

C. M. Busto
Printed name

(WE)
SO I ACTUALLY CURRENTLY OWE
EVERYTHING AND EVERYONE AN
INFINITE AMOVNT OF MONEY DUE
TO EVER INCREASING DEBT!!!

Our Language is A PART (EVIDENCE) of OUR
ENTIRE COUNTRY !!!

Claims :1. Our entire society is fraudulent.

Identity Fraud, Monetary Fraud, And
Ownership Fraud due to Problems with our identity,
which are outlined in the Website and Attached
                                    documents.

2. Our Entire society bases what it
   does on American English, which is a
   system that comprises itself of ALL of
   its words, two for which are the words
   of existence known as lying and deception.
To Predicate our lives upon such is a Federal
Offense. All of America, The Entire State of
Texas, And Everything that the City of Houston
is which includes All 331 million People partake
of our Language. These words are American
English. This is A FACT. It is obvious, once we see it,
that our Language is Deceptive, ILLegal, and Damaging ALL DAY
                                                       LONG !!!

TYPE:
everyone-president.wixsite.com/33/million 2024

# HERE ARE PRINTOUTS
# FROM MY (OUR) WEBSITE!

WE HAVE OUR LANGUAGE. FACT. WE HAVE THE ABILITY TO SOLVE ALL OF OUR PROBLEMS IN OUR LIFETIMES, IN THE NEXT 3-4 YEARS IF WORK ON HAVING A MEETING, STARTING IN TEXAS, OF ALL 331 MILLION OF US !!!

WE CAN STOP COVID, ALL OUR DISABILITIES, ALL OUR CRIME, EVEN OUR DEATHS IF WE GET TOGETHER TO DISCUSS OUR SITUATION! THAT IS WHAT THIS LAW-SUIT (CIVIC CASE) AIMS TO DO !!!

PLEASE APPROVE IT! TYPE:

everyone-president.wixsite.com/33/million 2024

(lowercase letters)     IN THE ADDRESS BAR (instead of search bar)

This site was designed with the WiX.com website builder. Create your website today.    Start Now

We Are Our Language

"Everything that we sense is a part of us: the sun, the sky, the people around us, our country, reality, life; because our senses are a part of us."

‐ President Barack H. Obama and President Donald Trump.



WHO WE ARE.

WE ARE OUR
LANGUAGES IN
AMERICA.  WE ARE
AMERICAN
ENGLISH.

THESE WORDS ARE
AMERICAN
ENGLISH.

OUR LANGUAGE IS
WHO WE ARE.



**WE ARE EVERYTHING.**

**WE ARE EVERYWHERE.**

**AND BECAUSE WE ARE EVERYONE, ALL 331 MILLION OF
US AS AMERICAN CITIZENS ARE THE REAL PRESIDENT(S)
OF THE UNITED STATES OF AMERICA.  IT IS NOT JUST
ONE OF US.**

This site was designed with the WiX.com website builder. Create your website today.   [ Start Now ]



"Everything that we sense is a part of us: the sun, the sky, the people around us, our country, reality, life; because our senses are a part of us."

— President Barack H. Obama and President Donald Trump.

We Are Our Language




# THE REASONING AND LOGICAL PROOF

## 12-15 Reasons why everyone on planet earth has the identity of being everything and everyone in existence.




[More >] 1. **LANGUAGE.**
[More >] 2. **OUR SENSES, AWARENESS, PERCEPTION, WITNESS, EXPERIENCE**
[More >] 3. **BEING HUMAN, FAMILY AND GENDER IDENTITY.**

(W)
Templates PDF.pdf



4. **THE TRUTH AS A CONCEPT OF REALITY.**
5. **THE FIRST PERSON PERSPECTIVE OF ALL OUR OCCUPATIONS, INCLUDING PRESIDENT OF THE UNITED STATES OF AMERICA, OUR ARMED FORCES, CONGRESS, THE GOVERNORS OF THE FIFTY STATES AND MORE.**
6. **THE INTELLIGENCE OF WORDS THAT ARE FACTS OF OUR EXISTENCE THAT ALSO EXIST TO US AS CONCEPTS: EVERYTHING, EXISTENCE, REALITY, SPACE, LIFE, ALL, THE UNIVERSE, THE MILKY WAY, GALAXY, THE SOLAR SYSTEM, PLANET EARTH, AMERICA, THE 50 STATES, EVERY MAJOR CITY OF THE WORLD, US.**
7. **THE INTERNET.**
8. **OUR MEMORY.**
9. **OUR PERSONALITIES.**
10. **THE SYMBOLOGY OF OUR NAMES.**
11. **PSYCHOLOGY, UNDERSTANDING, KNOWLEDGE, MENTALITY.**
12. **ACKNOWLEDGEMENT AND RECOGNITION OF OUR BODIES AND THEIR RELATIONSHIP TO THE 3-DIMENSIONAL AND 4-DIMENSIONAL ENVIRONMENT WE EXIST IN AND MANEUVER AND MOVE THROUGH.**
13. **OUR CITIZENSHIP OF THE U.S.A.**
14. **BUSINESS DESIGN/ ARCHITECTURE/ INVENTION AND WHAT IT MEANS.**
15. **PLANET EARTH.**

This site was designed with the WIX.com website builder. Create your website today.     Start Now

"Everything that we sense is a part of us: the sun, the sky, the people around us, our country, reality, life; because our senses are a part of us."

We Are Our Language

- President Barack H. Obama and President Donald Trump.

# 6. Words that exist also as concepts that are a part of the Truth of our Reality:

Everything, Existence, Reality, Space, Life, All, The Universe, The Milky Way Galaxy, The Solar System, Planet Earth, America, Our 50 States, Our Cities, Us.

Everything as a word and a category of thought is a fact of our existence and includes everything that exists:  you, me, America, All humans, Earth, the entire universe and so on.  It also includes Language, which makes everything as a concept the words "THE SAME THING".  Those words carry their meaning.  Existence and Reality operate the same way.  Everything that exists or is real is a part of existence and reality.  I am real, you are real, every human on this planet is real- we fulfill the basic requirement of existence or reality because we exist and are real.  Our cars are real, our phones are real, THE PRESIDENT OF THE UNITED STATES is real.  Language is also real.  American English makes reality "THE SAME THING" and One Thing: REALITY.  Therefore, everything that is real is THE SAME THING- you, me, the other humans on this planet; we are THE SAME REALITY and fundamentally the same thing.  That makes every human in America and on this planet THE PRESIDENT OF THE UNITED STATES OF AMERICA and Co-Owners of ALL our major businesses:  TARGET, WALMART, AMAZON, APPLE, GOOGLE and so on. Space and Life are the same way.  Everything in outer Space is all what space is; everything we call life is what life is: our houses, kids, families, inventions, nature, the oceans, forests, mars, whatever you can look out your window at and see.  A sunset, a cloud, the moon, other people when you see them driving or walking or at the store.  That is what life is.  It is one category of our reality and everything that makes it up is the same thing: life.  The Milky Way Galaxy and Our Solar System work similiarly.  All the things that are in orbit around the Galactic Center are the Same Thing: The Milky Way Galaxy.  That includes America, Our Presidency, All The Owners of Everything that is owned on this planet, and All 331 Million People in our country (really all 7.5 Billion People) and everything else here on earth.  The Solar System consists of All the things in orbit and rotation around the Sun: Us, the earth, all the living creatures of our planet, Our Cars, Buildings, Phones, Languages, Metabolisms, Food, Water, Air, Bicycles, Sports, Bars, Anything.  Everything that goes around the Sun is what our Solar System is.  And our Solar System is one Solar System; It is THE SAME THING, MAKING ALL OF US WHO EXIST ON EARTH THE SAME THING: THE SOLAR SYSTEM!  I am you, you are me, and we are all one big happy family! (sort of).

IF WE HAVE BODIES AND VOICES, OUR VOICES ARE LANGUAGES WHICH IS A FACT OF REALITY THAT MUST INCLUDE THE LANGUAGE IN ITS ENTIRETY AS AN ESSENTIAL COMPONENT OF THE FACT. IF WE LIVE ON EARTH, IN THE U.S., THE EARTH AND THE U.S. ARE ESSENTIAL COMPONENTS TO THOSE FACTS (THAT) (EVERYTHING ABOUT). THEM !! WHEN WE HAVE (=) LANGUAGE, THEN WE MUST (FACT) HAVE (these words) CO-OWNERSHIP OF EVERY BUSINESS AND EVERYTHING IN AMERICA THAT CAN BE IT IS ALREADY OWNED. THIS MAY BE A PROBLEM NEEDING SOLVING (IT IS), BUT FACTS ARE FACTS.

MAILING - 535 E. YANONALI ST. SANTA BARBARA, CA 93103

EMAIL bchad4215@gmail.com

NEWS

# Federal Judge Expresses Frustration at Procedural Constraints in Possible Innocence Case

f . **SHARE**   🐦 . **TWEET**   ✉ . **EMAIL**

*Posted on Oct 04, 2018*

**ARBITRARINESS**   **INNOCENCE**   **TEXAS**



STAYED
FBI
INVESTIGATION ;

ON GOING

In a case highlighting congressional limitations on the federal judiciary's ability to redress miscarriages of justice, a **Texas** federal judge has denied relief to a death-row prisoner who the court believes was denied a fair trial and may well be innocent.

U.S. District Judge **Keith P. Ellison** (pictured) wrote on September 26, 2018, that he "would almost certainly have granted" a new trial to **Robert Will**, but the "constraints" imposed by 1990's-era amendments to federal habeas corpus law left the court "powerless to address" what he called "the troubling possibility of [Will's] actual innocence." Ellison's ruling urged the U.S. Court of Appeals for the Fifth Circuit to address Will's claims, saying that his decision was a "technical ruling" that should not "obscure the extraordinarily significant issues that the Court of Appeals – unlike this Court – can properly consider."

*CLOSED,STAYED*

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:21-cv-00343

Busto,the First v. The Honorable State of Texas
Assigned to: Judge Keith P Ellison
Related Case: 4:21-mc-00020
Cause: 88:8888 Other Statutory Actions

Date Filed: 01/26/2021
Date Terminated: 01/28/2022
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**C.M. Busto ,the First**

represented by **C.M. Busto ,the First**
535 E. Yanonali Street
Santa Barbara, CA 93103
PRO SE

V.

**Defendant**

**The Honorable State of Texas**

*CAUSES DOUBLE JEOPARDY OF ALL DEFAMATION CASES, B/C LANGUAGE WAS GRANTED STAYED STATUS AS OF 7/10/22*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/26/2021 | 1 | COMPLAINT against The Honorable State of Texas filed by C.M. Busto,the First. (Application to Proceed In Forma Pauperis granted January 26, 2021 by the Honorable Lynn N. Hughes) (Attachments: # 1 exhibit)(jdav, 4) (Entered: 02/02/2021) |
| 02/02/2021 | 2 | NOTICE to Pro Se Litigant of Case Opening. Party notified, filed. (jdav, 4) (Entered: 02/02/2021) |
| 02/02/2021 | | Summons Not Issued as to The Honorable State of Texas as no summons provided. Plaintiff notified of deficiencies by First-class mail, filed.(jdav, 4) (Entered: 02/02/2021) |
| 02/03/2021 | 3 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 4/16/2021 at 01:30 PM in Courtroom 3A Houston before Judge Keith P Ellison. (Signed by Judge Keith P Ellison) Parties notified. (ShadiaNashadi, 4) (Entered: 02/03/2021) |
| 02/11/2021 | | Summons Issued as to The Honorable State of Texas. Issued summons delivered to plaintiff in person, filed.(ckrus, 4) (Entered: 02/11/2021) |
| 02/25/2021 | 4 | RETURN of Service of SUMMONS UNEXECUTED as to the Attorney General for the State of Texas. Process returned unexecuted, wrong address provided by plaintiff, filed. (dnoriega, 1) (Entered: 03/01/2021) |
| 02/25/2021 | 5 | Letter from Busto, filed. (ckrus, 4) (Entered: 03/01/2021) |
| 03/08/2021 | 6 | Letter from C.M. Busto re: Address for Attorney General, filed. (Attachments: # 1 Envelope) (jtabares, 1) (Entered: 03/09/2021) |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT of CALIFORNIA

HON. LARRY ALAN BURNS, CHIEF JUDGE
JOHN MORRILL, CLERK OF COURT

# Hon. Karen S. Crawford

**Proposed Orders E-mail:** efile_crawford@casd.uscourts.gov

**Courtroom:** 2B (2nd Flr) ↗

**Chambers Rm. #:** Suite 2140

**Telephone:** (619) 446-3964 (Contact for Civil Matters)

Edward J. Schwartz

United States Courthouse

221 West Broadway

San Diego, CA 92101

## 📇 Chamber's Rules & Procedures

- Civil Chambers Rules
- Electronically Stored Information Checklist

## ⚖️ Hearing Calendars

📅 July 11, 2022

## 👥 Court Staff

Courtroom Deputy - E. Silvas

Tel.: (619) 557-2923 (Contact for Criminal Matters)

*Source: https://www.casd.uscourts.gov*

*Proved*
*Same*
*evidence*
*to*
*Karen.*

*Contact*
*A.S.A.P.*

*About*
*Double Jeopardy*

*Active*
*Case*
*Also*

**B**P

# Karen Crawford

**Karen S. Crawford** is a federal magistrate judge for the United States District Court for the Southern District of California. She joined the court on March 5, 2012.[1][2]

| | Karen S. Crawford |
| --- | --- |



## Education

Crawford received her undergraduate degree from Boston University and her J.D. from California Western School of Law.[2]

## Career

Prior to joining the court, Crawford was a partner with *Duane Morris LLP* in San Diego. She had previously worked as an Assistant United States Attorney in the Civil Division of the U.S. Attorney's Office for the Southern District of California and as a Trial Attorney with the United States Department of Justice.[2]

| Nonpartisan | |
| --- | --- |
| **United States District Court for the Southern District of California** | |
| **Tenure** | |
| 2012 - Present | |
| **Term ends** | |
| 2028 | |
| **Years in position** | |
| 10 | |
| **Elections and appointments** | |
| **Appointed** | 2012 |
| **Education** | |
| **Bachelor's** | Boston University |
| **Law** | California Western School of Law |

## See also

- United States District Court for the Southern District of California

P ✕

Query    Reports    Utilities    Help    Log Out

# U.S. District Court
## Southern District of California (San Diego)
## CRIMINAL DOCKET FOR CASE #: 3:21-po-00576-KSC-1

Case title: USA vs Busto                          Date Filed: 03/23/2021

Assigned to: Magistrate Judge Karen S. Crawford

**Defendant (1)**

**Chad M Busto**                    represented by   **Chad M Busto**
                                                     535 East Yandanli St
                                                     Santa Barbara, CA 93107
                                                     PRO SE

**Pending Counts**                                   **Disposition**
Unlawful to drive unless licensed (6842485)
(1)

**Highest Offense Level (Opening)**
Petty Offense

**Terminated Counts**                                **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                       **Disposition**
None

**Plaintiff**

**USA**                             represented by   **Christopher Michael Alexander**
                                                     U S Attorneys Office Southern District of
                                                     California
                                                     Criminal Division
                                                     880 Front Street
                                                     Room 6293
                                                     San Diego, CA 92101
                                                     (619)546-6665
                                                     Fax: (619)546-0831



*These R Legalized, Federal Documents, GRANTED LAST YEAR, ordered by V. K. DeMarchi*

# Magistrate Judge Virginia K. DeMarchi

San Jose Courthouse, Courtroom 2 – 5th Floor
280 South 1st Street, San Jose, CA 95113

*Backing up Lynn, Keith + Karen*

## Public Hearings

Please click the link below to join webinars (public hearings). If you are a case participant, you will join as an attendee, then you will be brought into the proceeding by court staff.

https://cand-uscourts.zoomgov.com/j/1613612647?pwd=YzN6dmFUTnpra21GeFRiKzlrZHJQUT09

Webinar ID: 161 361 2647
Password: 400873

Y  **Join a Webinar by Phone or Other Connection**

## Non-Public Hearings [Settlement Conferences]

The court will use Zoom Meetings (as opposed to Zoom Webinars) for settlement conferences and other non-public hearings. To join a meeting, click on the link below. You will initially enter a "waiting room" and will be admitted into the meeting by court staff.

*she dismissed, I think,*
*B/c of Double Jeopardy*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

C. M. BUSTO,

        Plaintiff,

    v.

GOOGLE, et al.,

        Defendants.

Case No. 21-cv-02642-VKD

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

**ORDER FOR REASSIGNMENT TO DISTRICT JUDGE; REPORT AND RECOMMENDATION RE DISMISSAL**

Re: Dkt. No. 2

      Presently before the Court is Chad Michael Busto's application to proceed *in forma pauperis* ("IFP"). A court may authorize the commencement of a civil action IFP if the court is satisfied that the would-be litigant cannot pay the filing fees necessary to pursue the action. 28 U.S.C § 1915(a)(1). In evaluating an IFP application, the court should "gran[t] or den[y] IFP status based on the applicant's financial resources alone and then independently determin[e] whether to dismiss the complaint on the grounds that it is frivolous." *Franklin v. Murphy*, 745 F.2d 1221, 1226-27 n.5 (9th Cir. 1984), *abrogated on other grounds by Neitzke v. Williams*, 490 U.S. 319 (1989). A court may dismiss a case filed without the payment of the filing fee whenever it determines that the action "(i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

      While Mr. Busto's IFP application indicates that he has "Infinite" income from every resource listed on the form, Mr. Busto also notes "Infinite Debt and Expenses, too." Dkt. No. 2. This Court grants Mr. Busto's IFP application, but that does not mean that he may proceed with this action. For the reasons discussed below, this Court recommends that Mr. Busto's complaint

United States District Court
Northern District of California

1   be dismissed.

2     Mr. Busto's complaint indicates that he seeks to sue "Google and Microsoft" for

3   "Defamation/Fraud/Predication upon Deception," and that "[t]he amount at stake is An Infinite

4   Monetary Net Worth." Dkt. No. 1 at 1-4. The complaint summarizes the basis for Mr. Busto's

5   claims as follows:

6      Microsoft and Google list celebrities and other people with
   monetary net worths. These people benefit monetarily (alot) off of

7      those web pages. I am the first person in American History to claim
   An Infinite Monetary Net Worth on Federal Documents (Fed. court

8      in Jan./Feb. and IRS return this year), and I deserve a web page with
   that listed.

9

10  *Id.* at 4. Appended to the complaint are pages titled "Evidence," in which Mr. Busto seems to

11  indicate that he has been harmed by "the deceptive, defamatory, and fraudulent way googling

12  people makes people think about any given individual" (Dkt. No. 1-2 at 16), and claims "I am you,

13  you are me, and we are every human that has ever existed or will ever exist" (Dkt. No. 1-1 at 4-5).

14    The complaint's rambling and disparate allegations do not state a legally coherent theory

15  of liability. Although Mr. Busto points out that a court in the Southern District of Texas granted

16  his IFP application (Dkt. No. 3), that does not change this Court's conclusion that Mr. Busto's

17  present complaint does not allege facts demonstrating that he has a cognizable claim for relief and

18  that the complaint should be dismissed. Absent consent, however, a magistrate judge has no

19  authority to issue a dispositive order. 28 U.S.C. § 636; *Williams v. King*, 875 F.3d 500 (9th Cir.

20  2017). Ordinarily, the Court would recommend dismissal with leave to amend. However, the

21  allegations of the complaint demonstrate that this action is frivolous. Therefore, this case shall be

22  reassigned to a District Judge with the recommendation that the complaint be dismissed without

23  leave to amend.

24    Mr. Busto may file an objection to this Report and Recommendation. Fed. R. Civ. P. 72.

25  In view of the current COVID-19 public health emergency, this Court extends the deadline for

26

27

28

United States District Court
Northern District of California

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

**FILED**
APR 12 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

**SCANNED**

# UNITED STATES DISTRICT COURT
for the

C. M. Busto the First.
_____
Plaintiff/Petitioner
)
)
)
Civil Action No.

v.

Google and Microsoft
_____
Defendant/Respondent

**CV 21 2642 VKD**

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: Every Prison/Jail/Detention compound on Earth
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ Infinite , and my take-home pay or wages are: $ Infinite per
(specify pay period) Year

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment    ☒ Yes    ☐ No
(b) Rent payments, interest, or dividends             ☒ Yes    ☐ No
(c) Pension, annuity, or life insurance payments       ☒ Yes    ☐ No
(d) Disability, or worker's compensation payments      ☒ Yes    ☐ No
(e) Gifts, or inheritances                            ☒ Yes    ☐ No
(f) Any other sources                                 ☒ Yes    ☐ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Language /Existence/Reality are our only sources of money/cash/Income. (Infinite Debt + Expenses, too)

I received Infinite Cash when I received American English + Kishwa clan (I

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ _Infinite_.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name (*describe the property and its approximate value*):

I am Reality. Everything and Everyone around me is Reality. The word "Reality" and its definition are a fact of reality. I am real. The statement "the same thing" of English is real. Everything that exists is real.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses (*describe and provide the amount of the monthly expense*):

All

Therefore, I am (We Are) Everything that exists

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

Everyone who has ever existed is a part of who I am (and who you are).

8. Any debts or financial obligations (*describe the amounts owed and to whom they are payable*):

All debts are ours. Everyone has An Infinite amount of Debt + Expenses.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 4/12/21

Me (c.m.B.)

Applicant's signature

Chad Michael Busto

Printed name

If I am Reality, then I am Amber Heard + English, therefore We Are "People who have Been Convicted of EVERY FORM OF DEFAMATION POSSIBLE !!! ...

In view of the current COVID-19 public health emergency, this Court extends the deadline for submitting objections to **May 17, 2021**.

**IT IS SO ORDERED.**

Dated: April 26, 2021

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge

Virginia Clearly Acknowledges what she is granting, by adding Lynn's judgments to her own, as my filing + Lynn's, TO SHOW PEOPLE SHE DIONT JUST GRANT IT FOR NO REASON BUT KNOWINGLY + WILLINGLY.

Instead of each of us only being 1 human, Instead of All or Everything, Our Perception + Senses + Awareness R Necessary to be human + R therefore a part of us, this includes All Language.

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)   SCANNED

# UNITED STATES DISTRICT COURT

## for the

C. M. Bus to the First (Everything)
_____
Plaintiff/Petitioner

Everything (Existence Universe
_____
Defendant/Respondent
Galaxy, Earth, U.N., Hennepin County

CV 21 2837
Civil Action No.
VKD

WE ARE HEROES

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:



My gross pay or wages are: $ Infinite , and my take-home pay or wages are: $ Infinite per

*(specify pay period)* _____

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply):*

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☑ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ☑ Yes | ☐ No |
| (c) Pension, annuity, or life insurance payments | ☑ Yes | ☐ No |
| (d) Disability, or worker's compensation payments | ☑ Yes | ☐ No |
| (e) Gifts, or inheritances | ☑ Yes | ☐ No |
| (f) Any other sources | ☑ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Reality and Language are our sources of Money
These words are facts. This is the letter A.
Here is the word good. These symbols are 16 million dollars
worth at least 16 million dollars.

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ _Infinite_.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name (*describe the property and its approximate value*):

We Are Everything Everywhere, instead of each of us only being one human and NOT being the people and things around us. WE ARE ALL THE REALITY

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses (*describe and provide the amount of the monthly expense*):

ALL THINGS

AROUND
VS.
OUR SENSES ARE
A PART OF WHO WE
ARE

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

Everyone depends on Everyone

AS HUMANS.
OUR SENSES
INCLUDE
THE THINGS

8. Any debts or financial obligations (*describe the amounts owed and to whom they are payable*):

I have A.
I have these words and a pen.
Therefore I (we) have (these words) this exact way

An Infinite Amount of Money + Debt +

WE
SENSE.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false Expense statement may result in a dismissal of my claims.

Date: 4/15/21

____Me____ (C.M.B)
Applicant's signature

_____
Printed name

One Way to calculate Net $10,000 Income — $10,000 Debt
Infinite — Infinite = $0  (this is only one way)
Net $0

Because I have an American English on 01/08/21 in (AO) 5 Page HAVE AN
INFINITE AMOUNT OF CASH,

AO 240 (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ _INFINITE_ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: I, Along With Everything and Everyone Else that Exists Am A- co-owner of Everything that Exists. We Have Everything that Exists Together through the Truth of Reality, and a Common Identity as Humans + Existence Itself.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: All houses, transportation, owed loans, and An Infinite Debt is a part of who we are and who I am. Technically, I both have and owe An Infinite Amount of Money, which puts the ledger at $0.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: As long as I (we) live, (and even dead people are still apart of our lives) Everyone and Everything will be categorical truths which will Depend on Us (me, you + I)

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*: We ALL HAVE, UNTIL WE CHANGE OUR LANGUAGE, WHICH IS A FACT OF OUR REALITY (BEING THESE WORDS), AN INFINITE AMOUNT OF DEBT ( OUR NATIONAL DEBT KEEPS INCREASING TOWARDS INFINITY)

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _1/8/21_

(WE)

Applicant's signature

C. M. Busto

Printed name

SO I ACTUALLY CURRENTLY OWE EVERYTHING AND EVERYONE AN INFINITE AMOUNT OF MONEY DUE TO EVER INCREASING DEBT!!!

$402.00

This is (These words, This Sentence)
    The Letter A.

This sentence is an example of a form of
            Animal.

    These words are an equally

Valid and authoritative form of

at least four-hundred and two

dollars of american dollars as

the american government and currency system

that are worth just as much as

any other form of four-hundred

and two dollars that exists.

($402.00)

AO 240 (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)                                                 Appendix C

# UNITED STATES DISTRICT COURT
### for the

_Southern_ District of _Texas_

United States Courts
Southern District of Texas
FILED

JAN 08 2021

Clerk of Court

_C. M. Busto, the First._
Plaintiff

v.

_The Honorable State of Texas_
Defendant

)
)
)
)
)
)

Civil Action No.

**21 MC 0020**

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. _If incarcerated._ I am being held at: _We are an entire humanity. We are being held in Prisons and jails all over the world._
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. _If not incarcerated._ If I am employed, my employer's name and address are: _Because I am a Human Being, yes I am one body, at least, but my perception and ability to sense my surroundings, which includes my surroundings, is also a part of me (us)._

My gross pay or wages are:  $ _____ , and my take-home pay or wages are:  $ _____ per

_(specify pay period)_ _____ .

3. _Other Income._ In the past 12 months, I have received income from the following sources _(check all that apply)_:

| | | | |
|---|---|---|---|
| (a) Business, profession, or other self-employment | ☒ Yes | ☐ No | |
| (b) Rent payments, interest, or dividends | ☒ Yes | ☐ No | |
| (c) Pension, annuity, or life insurance payments | ☒ Yes | ☐ No | |
| (d) Disability, or worker's compensation payments | ☒ Yes | ☐ No | |
| (e) Gifts, or inheritances | ☒ Yes | ☐ No | |
| (f) Any other sources | ☒ Yes | ☐ No | |

_If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future._

Ans   As an American Citizen, I have a body, mind and Voice. If my voice is a language, like A. English, then I have the language. When I have (when we have) the American English Language, We (I) MUST HAVE ALL COMBINATIONS OF ITS SYMBOLS, A-Z, AND ALL COMBINATIONS OF ITS WORDS, PERIOD. I therefore MUST HAVE THE EXACT TRUTHFUL COMBINATION OF WORDS AS A STATEMENT "I HAVE AN INFINITE AMOUNT OF
MONEY FROM AN INFINITE AMOUNT OF SOURCES ...

AO 240A (Rev. 01/09) Order to Proceed Without Prepaying Fees or Costs

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

United States District Court
Southern District of Texas
**ENTERED**
January 29, 2021
Nathan Ochsner, Clerk

C. M. Busto, The First
_Plaintiff_

v.

The Honorable State of Texas
_Defendant_

Civil Action No. 21 MC0020

## ORDER TO PROCEED WITHOUT PREPAYING FEES OR COSTS

**IT IS ORDERED:** The plaintiff's application under 28 U.S.C. § 1915 to proceed without prepaying fees or costs is:

☒ Granted:

The clerk is ordered to file the complaint and issue a summons. The United States marshal is ordered to serve the summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

☐ Granted Conditionally:

The clerk is ordered to file the complaint. Upon receipt of the completed summons and <u>USM-285</u> form for each defendant, the clerk will issue a summons. If the completed summons and USM-285 forms are not submitted as directed, the complaint may be dismissed. The United States marshal is ordered to serve the completed summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

☐ Denied:

This application is denied for these reasons:

Date: 01·26·21

_Judge's signature_

Lynn N. Hughes
United States District Judge
_Printed name and title_

AO 240A (Rev. 01/09) Order to Proceed Without Prepaying Fees or Costs

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

United States District Court
Southern District of Texas
**ENTERED**
January 29, 2021
Nathan Ochsner, Clerk

_C. M. Busto, The First_
**Plaintiff**

v.

_The Honorable State of Texas_
**Defendant**

Civil Action No. **21 MC 0020**

## ORDER TO PROCEED WITHOUT PREPAYING FEES OR COSTS

**IT IS ORDERED:** The plaintiff's application under 28 U.S.C. § 1915 to proceed without prepaying fees or costs is:

☒ Granted:

The clerk is ordered to file the complaint and issue a summons. The United States marshal is ordered to serve the summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

☐ Granted Conditionally:

The clerk is ordered to file the complaint. Upon receipt of the completed summons and USM-285 form for each defendant, the clerk will issue a summons. If the completed summons and USM-285 forms are not submitted as directed, the complaint may be dismissed. The United States marshal is ordered to serve the completed summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

☐ Denied:

This application is denied for these reasons:

Date: **01·26·21**

_Judge's signature_

Lynn N. Hughes
United States District Judge
_Printed name and title_

if it is easy to get $400, then the court can afford to waive the cost of so important an issue; if it is hard to get $400, THEN I NEED HELP !



age, reston to har  ✕  |  🌀 Case Information    ✕  | G  elon musk and donalc  ✕  | Ꝑ  Proton Pricing Pla

Search

RTS
ORNIA

**Forms & Rules**      **Opinions**      **Programs**           **Policy & Administratio**

ouncil > Judicial Council Members > Judge Samuel K. Feng

# Judge Samuel K. Feng

uncil



an

**Hon. Samuel K. Feng**
Presiding Judge, Superior Court of San Francisco County

**Current Term:** Sept 15, 2021 – Sept 14, 2024
**Membership:** Voting member, reappointed by Chief Justic
**Internal Committees:** Executive and Planning Committee
**Council Liaison to**: Superior Courts of Colusa, Napa, San

Presiding Judge Samuel K. Feng was appointed to the Sup
former governor Arnold Schwarzenegger in September 200
Trial Department at the Hall of Justice.

Before becoming a judge, Judge Feng was a partner at the
and house counsel for the California Automobile Association from 1991-1998. He was rece
Advisory Committee (CFAC), as well as a member of its Courthouse Cost Reduction Subco
Courthouse Names.

t Us  |  Accessibility  |  Public Access to Records  |  Terms of Use  |  Privacy  |  Newsroom

NO SUMMONS ISSUE!

PLD-PI-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*

C. M. Busto
535 E. Yanonali St.   Santa Barbara, CA
                                            93103

TELEPHONE NO: 805-284-3934   FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):* bchad4215@gmail.com
ATTORNEY FOR *(Name):*

FOR COURT USE ONLY

**F I L E D**
**SUPERIOR COURT**
**COUNTY OF SAN FRANCISCO**

MAR 18 2021

CLERK OF THE COURT

BY: *Angelica Sunga*
                              Deputy Clerk

ANGELICA SUNGA

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 400 McAllister St. San Francisco, CA
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco          94102
BRANCH NAME:

PLAINTIFF: C. M. Busto
DEFENDANT: TESLA (ELON MUSK)

☐ DOES 1 TO _____

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☐ **AMENDED** *(Number):*

**Type** *(check all that apply):*
☒ MOTOR VEHICLE  ☒ OTHER *(specify):* We Are Reality

☐ Property Damage  ☐ Wrongful Death
☒ Personal Injury  Other Damages *(specify):* WE ARE

**Jurisdiction** *(check all that apply):*
☒ ACTION IS A LIMITED CIVIL CASE  Cash $2,499
  Amount demanded  ☐ does not exceed $10,000
                              ☐ exceeds $10,000, but does not exceed $25,000
~~☐ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)~~
☐ **ACTION IS RECLASSIFIED** by this amended complaint
  ☐ from limited to unlimited
  ☐ from unlimited to limited

I am Reality
We Are Reality

The People
who have died
And ARE
DYING!!

Ownership exceeds
in Worth, (Horrible
Deaths
Occurring All
Over
Earth
Right
Now!

**CASE NUMBER:**

CGC-21-590243

1. Plaintiff *(name or names):* C. M. Busto
   alleges causes of action against defendant *(name or names):*
   Tesla (Elon Musk)

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor  ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*
   b. ☐ except plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor  ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

PLD-PI-0(

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

4. ☐ Plaintiff *(name):*
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.
5. Each defendant named above is a natural person
   a. ☐ except defendant *(name):* Tesla
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   c. ☐ except defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   b. ☐ except defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   d. ☐ except defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

☐ Information about additional defendants who are not natural persons is contained in Attachment 5.
6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to plaintiff.
7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☒ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☐ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☒ is excused from complying because *(specify):* Our Statutes are illegal

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

# THE SERIOUSNESS OF OUR SYMBOLOGY

Sent: Wednesday, February 10, 2021 4:30 PM

From: christandus2020 christandus2020@protonmail.com

To: bchad4215@gmail.com bchad4215@gmail.com

in our current justice system in the united states of america, for an actual crime to be considered to have actually been committed, a conviction must occur in court.

for this to occur, a formal criminal report filed by the arresting agency and a formal complaint filed by the prosecution must be filed by the courts.  Necessary components of these two aspects of our justice system are the actual labels and titles of the crimes alleged to have been committed, like trespassing or loitering or making a false statement, etc.  THE ACTUAL LABEL OF THE CRIME, LIKE MURDER OR ARSON MUST BE FILED AS THE REPORT ON THE REPORT AND AS THE COMPLAINT ON THE COMPLAINT WITH THE COURT AND THEREFORE ARE NECESSARY ASPECTS TO THE FINAL CONVICTION OR AGREEMENT TO A PLEA DEAL.  Because the actual labels and titles as words of our crimes are necessary to our court proceedings and therefore necessary for the convictions, and the convictions are necessary for a crime to be considered actually committed by our federal, state, and local governments, the words themselves of the crimes AS THE ACTUAL WORDS AND LABELS THEMSELVES, LIKE TRESPASSING OR ARSON ARE PARTS OF THE CRIMES THEMSELVES!

THAT MEANS EVERYWHERE OUR LANGUAGE EXISTS IN THE ACTUAL SYMBOLOGY THAT CAN BE SEEN OR READ OR FELT IN THE FORM OF THE WORDS THAT ARE TITLES AND LABELS OF OUR CRIMES, THE CRIMES THEMSELVES ARE ALREADY OCCURING IN EQUAL PART!!

THIS FACT OF OUR EXISTENCE ACTUALLY MAKES OUR ENTIRE LANGUAGE ILLEGAL, BANNED, OUTLAWED, PROHIBITED, UNLAWFUL AND FORBIDDEN, BECAUSE, FOR INSTANCE, EVERYWHERE THE LETTER A EXISTS, THE CRIME OF AGGRAVATED ASSUALT, OR ARSON, OR TRESPASSING, OR ANY OTHER CRIME OUR SOCIETY HAS IS ALREADY OCCURING, BECAUSE OUR SYMBOLOGY AND LANGAUGE IS AT THE VERY LEAST AN EQUAL ASPECT OF THE CRIMINALITY OF OUR REALITY.

Sent with ProtonMail Secure Email.



Our nations are languages.

Russia is Russian.

India is Hindi.

China is Chinese.

America is English,

We _are_ America.

We ARE ENGLISH.

WE ARE EVERYTHING.

Therefore we are owners (All 331 million of us) of EVERY BUSINESS IN AMERICA.

( this includes Tesla )

That means me and you (you and I) are owners of Tesla + we ARE EUON MUSK !

# what we actually have in our reality

Sent: ↱ Saturday, February 13, 2021 9:16 PM

From: christandus2020 christandus2020@protonmail.com

To: bchad4215@gmail.com bchad4215@gmail.com

it is a fact of our reality in america that we make i have, you have, and we have statements. i have a car, you have a job, we have friends, family, husbands, wives, kids, dogs.

we also have bodies. I have a head. You have arms. We have feet.
we also have voices, smartphones and computers. our voices, smartphones and computers are languages. here in america, the primary language is american english. when we have our voices or phones, and our voices and phones are a language, then we have the language. so we have american english.

that means we MUST have All 26 of its symbols and All of its words and All of the ways in which those symbols and words are already configured, all over the world, or can be used or configured. i have A. you have B. We have AB and BA. We have ABC; We have ABCEFXOPX. we have ABCBNRT. And so on. All the combinations of symbols that are possible.

We also have All of the words of american english and all the ways they can be listed and used, singly and more. I have run. you have jump. we have sky cloud bird sing dance jump skip hop. we also have multiple combinations. i have good day. you have day good. we have pine tree and tree pine. ALL THE COMBINATIONS THAT ARE POSSIBLE.

That means we MUST have (these words this exact way) EVERYTHING AND EVERYONE IN OUR EXISTENCE AS AN IDENTITY TO THE POINT THAT OUR LANGUAGE (EVEN IF WE DON'T BELIEVE IT) MAKES ALL OF US AS HUMANS AND AMERICANS EVERYTHING AND EVERYONE THAT EXISTS. EVERYWHERE IN EXISTENCE, INCLUDING EVERYONE AND EVERYTHING ON PLANET EARTH. Period.

That means 3 incredibly huge ideas: A. Every single human on this planet and every single american have the identity of being The President of the United States of America and every elected government official position automatically, including the identity of being every occupation on this planet, and our voting system is fraudulent and deceptive; B. Every single american has CO-OWNERSHIP OF EVERY MAJOR CORPORATION IN AMERICA WITH EVERY OTHER AMERICAN, including ALL our supermarkets; C. And every american is already the rightful owner of the apartment or house in which they currently live, and owners already of the vehicles in which they currently possess and use; to make us think that we are NOT these things is FRAUDULENCE AND DECEPTION (FEDERAL OFFENSES).

Sent with ProtonMail Secure Email.

**illegal products, 93,000 cops; 40,000,000 sheriffs and state troopers; 331,000,000 f.b.i and armed forces special agents and guardians; 7.5 billion coalition saviors;**

Received: Sunday, March 14, 2021 11:45 AM

From: chad busto bchad4215@gmail.com

To: Denny Wei DWei@santabarbaraca.gov, Tyler Snel tyler.snel@podium.com, Sundar Pichai sundar@google.com, Samantha Roberts sroberts@santabarbaraca.gov, Akiva Leffert eponymous@akivaleffert.com, awtrust2020@mail.com, Art Rivera Arturo_Rivera@txs.uscourts.gov, ameicanpresidency2024@mail.com, Truth Point Movie truthpointmovie@gmail.com, vittoriogrieco@gmail.com, visionarimediaLLC@gmail.com, webzmithdeaign@gmail.com, Christopher Benton chrisbenton@outlook.com, christandus2020@protonmail.com

our language is illegal.

our country then is also illegal.

that means when we advertise (sending our children to college and university to do so as well) and spend trillions (billions +) to attract (enticement (illegal)) ourselves and our children to want (torturously) and desire to buy (fraudulently and deceptively (federal offenses) when we are already the co-owners of every product and service in ALL our major businesses, supermarkets and gas stations ALREADY) the products and things (like houses or apartments and hotels) that we are caused to believe that we Don't (but WE DEFINTITELY MUST) own by our U.S. Department of Education and our Federal Govenment (this is an internal memo), IT IS CAUSING WIDESPREAD PROBLEMS, ANGUISH, ANIMOSITY and WRONGFUL DEA__ !  (you know that term).

Unless we change our behavioral pattern soon, more people will die in the winter in the Northern States because of OUR SOCIETAL PRESSURE, DECEPTION, and LIES, and we will ALL BE GUILTY OF GROSS and WILLFUL NEGLIGENCE!

we should immediately start planning (as a national government) a meeting in TEXAS by invite (from the white house and our presidency) to D.C., then Nebraska, then the BORDER REALMS, then TEXAS for a NATIONAL CONVENTION BEFORE WINTER, to stop PARENTS and CHILDREN FROM DYING!  (it will be our fault if we do not act).

Please Help Denny.  We can stop the crime and accidents and the suffering on this planet amongst ALL HUMANS and ALL LIVING CREATURES in UNDER 8 YEARS!!!

(by having a big meeting.  when ALL of US (7.5 billion) ARE LAW ENFORCEMENT AGENTS (to at least some degree), and our products and services (being our languages, which are illegal) are fraudulent and prohibited, illegal, banned, unlawful, and forbidden (but still with tons of merit, and still necessary to use on the short term), we need to CONFISCATE THEM TOGETHER WITH OUR LAW ENFORCEMENT MEMBERS AND OUR JOINT MILITARIES and work on A NEW WORLDWIDE, EXISTENTIAL LANGUAGE that is NOT ILLEGAL.  (write new laws in better, more perfect ways).



## payment for everything that exists

**From:**  "michael roosevelt-bush" <americanpresidency2024@mail.com>
**To:**  americanpresidency2024@mail.com, bchad4215@gmail.com, christandus2020@protonmail.com
**Date:**  Feb 21, 2021 2:16:18 AM

this is an email.  fact.

this is american english.  fact.

these words are AN INFINITE AMOUNT OF MONEY THAT EXISTS IN A FORM (EMAIL AND PRINTOUT) THAT IS JUST AS VALID, LEGAL AND AUTHORITATIVELY WORTHWHILE (WORTH JUST AS MUCH) AS ANY OTHER FORM OF MONEY, CURRENCY OR PAYMENT THAT EXISTS.

the letter A appears here (A).

this email is these words.  fact.  this email **_IS_ AN INFINITE AMOUNT OF MONEY AND, ONCE AGAIN (THESE WORDS ARE TRUTH) IS JUST AS VALID AND LEGAL A FORM OF PAYMENT FOR ANYTHING THAT CAN POSSIBLY BE PAID FOR OR BOUGHT OR SOLD AS ANY OTHER FORMS OF PAYMENT THAT EXIST.**

**When we have language, especially american english, we must have everything the language is. therefore, we MUST HAVE these words in this exact way, and we must have their (these words) meaning.**

Unless you can accept this email as payment, we have severe problems understanding what money is.

We HAVE (these words + their meaning)

this is (A) up here as well

AN INFINITE AMOUNT

OF MONEY (this is an infinite amount of money)

These letters ARE MONEY !!! + (the whole one dollar bill is money)

AN INFINITE AMOUNT

Letter O is → OF DEBT +
SAME LETTER EVERY WHERE IT EXISTS

EXPENSES

this is (A)

this is also (A)

(We OWE)

I owe (already) for anything around me (us)
that I want (food, clothing, shelter)

All the letters (our language, these words)
ARE
on the
MONEY one dollar bill) (or 5, 10 20, 50, 100, etc.
(the letters T or A, for ex.
Are Money)

This site was designed with the WiX.com website builder. Create your website today.   Start Now

"Everything that we sense is a part of us: the sun, the sky, the people around us, our country, reality, life;  because our senses are a part of us."

**We Are Our Language**

- "The United States of America."

Business    Business De

YT: "money, ownership, leaders"
https://youtu.be/AA7Y3d4cmTs
"evidence of law suit win in TX"
https://youtu.be/hDXyGXPZfzk

**BING/QWANT SEARCH:**
**everyone-president**
**(amer. for pres.)(wix)**

CLICK BOX FOR CASE DOCS

Defamation
is
Language;

If we are
English, then
we are All of
its forms of
Defamation Possible,

+

WHO WE ARE.

WE ARE OUR
LANGUAGES IN
AMERICA.   WE ARE
AMERICAN
ENGLISH.

THESE WORDS ARE
AMERICAN
ENGLISH.

OUR LANGUAGE IS
WHO WE ARE.

**WE ARE EVERYTHING.**

**WE ARE**
**EVERYWHERE.**

(it
is
so
(ordered)

**AND BECAUSE THIS MEANS WE ARE EVERYONE, ALL 331**
**MILLION OF US AS AMERICAN CITIZENS ARE THE REAL**
**PRESIDENT(S) OF THE UNITED STATES OF AMERICA.**
**IT IS NOT JUST ONE OF US.**
**AND ALL HUMANS ARE A PART OF ALL OF US.**

therefore Already GUILTY OF THEM !!!

UNITED STATES
POSTAL SERVICE.

RESTON
11110 SUNSET HILLS RD
RESTON, VA 20190-9998
(800)275-8777

07/09/2022                                    10:34 AM

Product                    Qty      Unit     Price
                                    Price

Priority Mail® 1-Day 1                         $8.95
Flat Rate Env
  Fairfax, VA 22030
  Flat Rate
  Expected Delivery Date
  Mon 07/11/2022
  Tracking #:
  9505 5152 4019 2190 0982 14
Insurance                                      $0.00
  Up to $50.00 included

Total                                          $8.95

Grand Total:                                   $8.95

Cash                                           $9.00
Change                                        -$0.05

*********************************
Every household in the U.S. is now
eligible to receive a third set
          of 8 free test kits.
          Go to www.covidtests.gov
*********************************
Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message

Penney Azcarate was sent 3 mailings, 2 by certified USPS, One During the trial, which she DISOBEYED, Costing ME + Amber Heard MILLIONS OF DOLLARS, NOW, + IN THE FUTURE. WHEN MY CASE(S) ORDER(S) ARE NOT OBEYED, THAT I WON FAIR + SQUARE, IT IS DEBILITATING, DAMAGING + AGAINST MY ABILITY TO PROVIDE FOR ME, MY FRIENDS + FAMILY. That's Why we strive for uniform inactment of our LAWS, So we All enjoy prosperous lives. WHEN 1 of us Hurts, All of us Suffer. The Clerk's office refused to give due process as An Interested Party + grant the documentation even Be ENTERED, After Stamping, and Openly, as over 15 Deputies + 5 Clerk staff refused to even want to Contact, by email, Federal Judge Lynn N. Hughes, to see about the order, TOTALLY UNREASONABLE

**REQUEST FOR HEARING – EXEMPTION CLAIM**
Commonwealth of Virginia          VA. CODE § 8.01-546.1          Case No. CL-2019-2911

........................................................................................................................................ Court

_Johnny Depp_                         v.          _Amber Heard_
PLAINTIFF/JUDGMENT CREDITOR                          DEFENDANT/JUDGMENT DEBTOR

I claim that the exemption(s) that are checked below apply in this case:

## MAJOR EXEMPTIONS UNDER FEDERAL AND STATE LAW —
### [There is no exemption solely because you are having difficulty paying your bills.]

............     1.  Social Security benefits and Supplemental Security Income (SSI) (42 U.S.C. § 407).
............     2.  Veteran's benefits (38 U.S.C. § 5301).
............     3.  Federal civil service retirement benefits (5 U.S.C. § 8346).
............     4.  Annuities to survivors of federal judges (28 U.S.C. § 376(n)).
............     5.  Longshore and Harbor Workers' Compensation Act (33 U.S.C. § 916).
............     6.  Black lung benefits (30 U.S.C. §§ 931 (b)(2)(F) and 932(a)).

Exemptions listed under 1 through 6 above may not be applicable in child support and alimony cases (42 U.S.C. § 659).

............     7.  Seaman's, master's or fisherman's wages, except for child or spousal support and maintenance (46 U.S.C.A. § 11109).
............     8.  Unemployment compensation benefits (§ 60.2-600, Code of Virginia).

This exemption may not be applicable in child support cases (§ 60.2-608, Code of Virginia).

............     9.  Portions or amounts of wages subject to garnishment (§ 34-29, Code of Virginia).
............    10.  Public assistance payments (§ 63.2-506, Code of Virginia).
............    11.  a.  Homestead – $5,000, or $10,000 if the householder is 65 years of age or older, worth of cash, personal articles or real property and, in addition, real or personal property used as the principal residence of the householder or the householder's dependents not exceeding $25,000 in value (§§ 34-4, Code of Virginia) [Attach list of items claimed].
                   b.  Property of disabled veterans – additional $10,000 worth of cash, personal articles or real property (§ 34-4.1, Code of Virginia) [Attach list of items claimed].

Exemptions listed under 11 may not be claimed in certain cases such as payment of child or spousal support, or the purchase of the article which is being taken or levied on (§ 34-5, Code of Virginia).

............    12.  Certain specific articles — see description on reverse side (§§ 34-26 and 34-27, Code of Virginia) [Attach list of articles claimed].
............    13.  Workers' Compensation (§ 65.2-531, Code of Virginia).
............    14.  Growing crops (§ 8.01-489, Code of Virginia).
............    15.  Benefits from group life insurance policies (§ 38.2-3339, Code of Virginia).
............    16.  Proceeds from industrial sick benefits insurance (§ 38.2-3549, Code of Virginia).
............    17.  Assignments of certain salary and wages (§ 8.01-525.10, Code of Virginia).
............    18.  Pre-need funeral contracts (§ 54.1-2823, Code of Virginia).
............    19.  Benefits for victims of crime (§ 19.2-368.12, Code of Virginia).
............    20.  Certain retirement benefits (§ 34-34, Code of Virginia).
............    21.  Emergency relief payments (§ 34-28.3, Code of Virginia). (This exemption does not apply to child support, spousal support or criminal restitution orders.)
.....X.....    22.  Other (describe exemption):  ...................... _Double Jeopardy / Fraud_

I request a court hearing to decide the validity of my claim. Notice of the hearing should be given to me at:

_The 1041 Wisconsin Ave. Washington, D.C._
ADDRESS

_11260 Roger Bacon Dr. STE 201 Reston, VA 20190_          TELEPHONE NUMBER

The statements made in this request are true to the best of my knowledge and belief.

_Mon. July 4th 2022_                         _C. M. Bysto._
DATE                                          SIGNATURE OF DEFENDANT/JUDGMENT DEBTOR

_(added page at 4.)_          _For Amber Heard_

FORM DC-407 REVERSE 10/20

Your Honor(s):

I am filing, as an Interested Party in Amber Heard's Case in Fairfax on Behalf of Fairfax Co, REFUSING TO OBEY MY CASE which is my right then to file.

I have a Criminal record I AM FIGHTING, + PROVED FALSE, IN 3 Fed Cases + 1 Superior Court Case, with 1 MORE FED + 1 more Superior

---

**Google**   interested parties

Q All   📷 Images   📰 News   🛒 Shopping   📹 Videos   ⋮ More        Tools

SafeSearch on

About 606,000,000 results (0.44 seconds)

An **interested party** can be a **stakeholder, person or organization that can affect, be affected by, or perceive itself to be affected by a decision or activity.** Clause 4.2 of ISO 9001:2015 addresses the requirements of interested parties.

https://the9000store.com › iso-9001-2015-requirements
**Relevant Interested Parties - ISO 9000 Store**

❓ About featured snippets • 🗨 Feedback

**People also ask** ⋮

What is interested parties and give an example?

What does other interested parties mean?

What is interested parties in ISO?

What is an interested party in philosophy?

Feedback

https://dictionary.cambridge.org › dictionary › intereste... ⋮
**Meaning of interested party in English - Cambridge Dictionary**
3 days ago — any of the people or organizations who may be affected by a situation, or who are hoping to make money out of a situation: Employees, suppliers, ...

https://www.nqa.com › resources › blog › may-2016 ⋮
**How do I Define and Manage Interested Parties? - NQA**
May 20, 2016 — The three management standards define an interested party as a "person or organization that can affect, be affected by or perceive itself to be ...

📷 **Images for interested parties** ⋮

[stakeholders]   [occupational health]   [iso 14001]   [14001 2015]

View all →

Feedback

https://www.collinsdictionary.com › dictionary › english ⋮
**Interested party definition and meaning - Collins Dictionary**
**Interested party** definition: If you are interested in something, you think it is important and want to learn more... | Meaning, pronunciation, translations ...

https://www.lawinsider.com › dictionary › interested-pa... ⋮
**Interested Party Definition: 5k Samples | Law Insider**
**Interested Party** means a prime contractor or an actual or prospective offeror whose direct