```
Court Name: United States District Court
Division: 1
Receipt Number: 14683095807
Cashier ID: jblack
Transaction Date: 07/11/2022
Payer Name: C. M. BUSTO
----------------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: C. M. BUSTO
 Case/Party: D-VAE-1-22-CV-000771-001
 Amount:         $402.00
----------------------------------------
MONEY ORDER
 Remitter: C.M. BUSTO
 Check/Money Order Num: 28032812684
 Amt Tendered:  $402.00
----------------------------------------
Total Due:      $402.00
Total Tendered: $402.00
Change Amt:     $0.00

Case# 122CV771

NEW CASE

BUSTO V. FAIRFAX COUNTY ET AL
```