She is a Single Mom facing Bankruptcy, For Using Free Speech

1:22-CV-00771

FILED MAILROOM
JUL 14 2022



Double Jeopardy is huge, Identity fraud is huge. This is a $10 million dollar case for a Single, Widowed MOTHER. Why Johnny depp was even Allowed to sue for 5 TIMES HER LISTED NET WORTH is ABSURD.