AO 440 (Rev. 06/12) Summons in a Civil Action      ISSUED by JB

# UNITED STATES DISTRICT COURT
for the

C. M. Busto
_____
Plaintiff(s)

v.

Fairfax County, Et. Al
_____
Defendant(s)

Civil Action No. 1:22-CV-00771 RDA/IDD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Penney Azcarate
4110 Chain Bridge Rd. #103
Fairfax, VA 22030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C. M. Busto
1041 Wisconsin Ave,
Washington, D.C. 20007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/19/22

COPY

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action       ISSUED by JB

## UNITED STATES DISTRICT COURT
for the

C.M. Busto
_Plaintiff(s)_

v.   Civil Action No. 1:22-cv-00771 RDA/IDD

Fairfax County, Et. Al
_Defendant(s)_

**SUMMONS IN A CIVIL ACTION**

To: _(Defendant's name and address)_ Fairfax County
4110 Chain Bridge Rd.
Fairfax, VA 22030 #103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   C.M. Busto
1041 Wisconsin Ave.
Washington, D.C. 20007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

COPY

Date: 7/19/22

_Signature of Clerk or Deputy Clerk_