AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-00771

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED 2022 JUL 20 P 1:02

This summons for *(name of individual and title, if any)* Fairfax Co.

was received by me on *(date)* _____.

☒ I personally served the summons on the individual at *(place)* Fairfax Co. Courthouse 4110 Chain Bridge Rd, on *(date)* Wed, July 20th, 2022 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 7/20/22 (wed.)

*Server's signature*

Chad Michael Busto The First
*Printed name and title*

1041 Wisconsin Ave. Washington D.C. 20007
*Server's address*

Additional information regarding attempted service, etc:

I filmed it. will be mailing camera as evidence.



Youtube Video :

SERVICE OF 1:22-CV-00771 ON FAIRFAX CO. ATTORNEYS

https://youtube.com/watch?v=hRegd6W2Ewc&feature=share

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)    FILED

Civil Action No. 1:22-cv-06771

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*   2022 JUL 29 P 1:02

This summons for *(name of individual and title, if any)* Penney Azcarate
was received by me on *(date)* Wed, July 20th.

☒ I personally served the summons on the individual at *(place)* Fairfax County Courthouse 4110 Chain Bridge Rd. on *(date)* 7/20/22 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 7/20/22

Server's signature

Chad Michael Busto
Printed name and title

1041 Wisconsin Ave, Washington, D.C. 20007
Server's address

Additional information regarding attempted service, etc:
filmed myself serving it.



YOUTUBE VIDEO OF SERVICE:

SERVICE OF 1:22-CV-00771 ON FAIRFAX CO. ATTORNEYS

https://youtube.com/watch?v=hRegd6WZEwc&feature=share