In the United States District Court
for the Eastern District of Virginia
Alexandria Division

FILED

Plaintiff's Name

C.M. Busto

v.

Civil Action No. *(Enter Civil Action Number)* 2022 20 P 1:13

Defendant's Name

Fairfax Co, Et. Al

**NOTICE**

PLEASE TAKE NOTICE that on Friday *(enter date for hearing)* 19th, at 10:00 a.m., or as soon thereafter as the undersigned may be heard, the plaintiff(s) will present to the Court the Motion *(enter motion type)* Motion for Hearing in Case

1:22-CV-00771

_____
*(Signature)*

Chad Michael Busto
*(Printed Name)*
Address
Telephone Number

1041 Wisconsin Ave
Washington, D.C. 20007

\* This is a request for a hearing at the end of the 21 days Fairfax has to respond to summons.

Thank you

—C.