22-cv-771

RECEIVED MAILROOM
JUL 21 2022
CLERK, U.S. DISTRICT COURT ALEXANDRIA VIRGINIA

My Wix Site's Analytics Page

lit up about 3 days to 1 week after mailing Penney, John T. Frey + another judge

17

Fujie
L.A. Superior Court
UNITED STATES POSTAL SERVICE.
1215 31ST ST NW
WASHINGTON, DC 20007-9998
06/27/2022
01:04 PM
Product
Qty
Unit Price
Price
Priority Mail® 2-Day
$8.95
Flat Rate Env
Los Angeles, CA 90012
Flat Rate
Expected Delivery Date
Thu 06/30/2022
Tracking #:
2178 5899 81
Insurance
$0.00
Total
$8.95
Grand Total:
$8.95
Credit Card Remitted
$8.95
Card Name: VISA
Every household in the U.S. is now eligible to receive a third set
Go to www.covidtests.gov
She has Also Ignored Lynn's Order
IMG_20220628_010

94

Page 2 of 4

mail.com

Day after 15th, they trespassed me

### USPS eReceipt

**From:** DoNotReply@ereceipt.usps.gov
**To:** LITHUANIANBLUES1234@MAIL.COM
**Date:** Jul 9, 2022 10:34:59 AM




Penney

RESTON
11110 SUNSET HILLS RD
RESTON, VA 20190-9998
(800)275-8777

07/09/2022 10:34 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® 1-Day Flat Rate Env | 1 | | $8.95 |
| Fairfax, VA 22030 | | | |
| Flat Rate | | | |
| Expected Delivery Date | | | |
| Mon 07/11/2022 | | | |
| Tracking #: | | | |
| 9505 5152 4019 2190 0982 14 | | | |
| Insurance | | | $0.00 |
| Up to $50.00 included | | | |
| Total | | | $8.95 |
| Grand Total: | | | $8.95 |
| Cash | | | $9.00 |
| Change | | | -$0.05 |

was sent USPS 3 times; this is one; During trial on July 11th, and 14th

Every household in the U.S. is now eligible to receive a third set of 8 free test kits. Go to www.covidtests.gov

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Save this receipt as evidence of insurance. For information on filing an insurance claim go to https://www.usps.com/help/claims.htm or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/pos?mt=9
or call 1-800-410-7420.

UFN: 514213-0193
Receipt #: 840-52200041-4-9069213-2
Clerk: 5

**Privacy Act Statement:** Your information will be used to provide you with an electronic receipt for your purchase transaction via email. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we will be unable to process your request to receive an electronic receipt. We do not disclose your information to third parties without your consent, except to facilitate the transaction, to act on your behalf or request, or as legally required. This includes the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a U.S. Postal Service auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service (service providers); to process servers; to domestic government agencies if needed as part of their duties; and to a foreign government agency for violations and alleged violations of law. For more



Someone has messed with the breaks on my bike multiple times (even today, July 18th)