1:22 CV 771

Karen S. Crawford
U.S. Federal Court
333 W. Broadway
San Diego, CA 92101

1:22

RECEIVED MAILROOM
JUL 21 2022
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VA

Ivan D
Rossie Alston
U.S. Federal C
401 Courthouse
Alexandria, VA