FILED

United States District Court

For the

2022 JUL 22  A  0: 32

Eastern District of Virginia

# WRIT OF ENFORCEMENT/EXECUTION

# IN THE MATTER OF 1:22-CV-00771,

# BUSTO VS. FAIRFAX CO. ET. AL

We, the plaintiff in this matter, do humbly request that the court and your honors, judges Rossie Alston Jr. and Ivan Davis do enforce/execute ONE LYNN N. HUGHES' JANUARY 26TH, 2021 JUDGMENT THAT DECLARED THE ENTIRE UNITED STATES ILLEGAL, AND UPHOLD THE RIGHTEOUSNESS OF THE TRUTH OF OUR REALITY AND THE LAW OF THE UNITED STATES OF AMERICA, IN REGARDS TO THE FINAL VERDICT OF ONE FAIRFAX CO., IN THE MATTER OF AMBER HEARD VS. JOHN C. DEPP.

We conclude, in this filing, that because Lynn's judgment came BEFORE, and therefore NULLIFIES ANY AND ALL JUDGMENTS/VERDICTS AGAINST ONE AMBER LAURA HEARD,

FAIRFAX CO. HAVING CONDUCTED THEMSELVES ILLEGALLY THE ENTIRE TIME AND DURATION OF THE TRIAL HEARD VS. DEPP, CL-2019-2911.

IN ADDITION TO THE ILLEGALITY OF THE ENTIRE PROCEEDINGS, THE FRAUDULENT PROSECUTION, PLACING OF MS. HEARD IN DOUBLE JEOPARDY, FLAGRANT ABUSE AND VIOLATION OF ALL HER CIVIL RIGHTS, INCLUDING HER CONSTITUTIONAL RIGHT TO FREE SPEECH, AND THE DERELICTION OF DUTY BY THE PERSONNEL OF FAIRFAX CO., BOTH EMPLOYEES AND JUDGES, COMPELS THIS COURT (FEDERAL OF VIRGINIA, WITH ALL DUE RESPECT, YOUR HONORS) TO ACT IN ACCORDANCE WITH FEDERAL, STATE, COUNTY AND LOCAL LAWS, OF WHICH LYNN'S JUDGMENT, BEING A FEDERAL DISTRICT JUDGE, IS NATIONAL/FEDERAL LAW.

ILLEGALITY ITSELF, BEING THE WORST OF ALL CIVIL/CRIMINAL CATEGORIES, IS MUCH WORSE, AS A TRUTH, THAN THE WORST OF CRIMINALS OR CRIMINAL ACTS IN THE HISTORY OF OUR WORLD AND NATION, BEING A COMBINATION OF ALL ILLEGAL ACTIONS, EVER, PEOPLE AND THINGS WHATSOEVER, AND WE CAN ALL IMAGINE WHAT THAT IS.

IN GOOD FAITH, WE DO PETITION THE COURT IN ALEXANDRIA, THIS DAY, JULY 22ND, 2022

*C. M. Busto*
_____
*Chad Michael Busto*
_____