United States District Court

For the

Eastern District of Virginia

Alexandria Division

1:22-cv-00771

Busto vs. Fairfax Co. Et Al.

FILED

2022 JUL 25  P 3: 03

# MOTION TO SUSPEND THE ENTIRE AMOUNT OF THE REQUIRED BOND TO APPEAL FOR ONE AMBER LAURA HEARD

# IN THE MATTER OF HEARD VS. DEPP, CL-2019-2911

We, the plaintiff in this case, to humbly beseech your honors in this matter; to suspend the entire amount set forth by Fairfax Co. of bond against one Amber Laura Heard, at least until the first of the new year (Jan. 1st, 2023) in her right to appeal, the entire trial and all adjacent matters were pre-cluded to be ***ILLEGAL, BANNED, PROHIBITED, OUTLAWED, UNLAWFUL AND FORBIDDEN BY LAW IN BUSTO VS. THE HONORABLE STATE OF TEXAS, 4:21-MC-00020, AND AGAIN IN BUSTO VS. WHOLE FOODS (SAN DIEGO SUPERIOR COURT), AND TWICE IN SAN JOSE FEDERAL COURT, 21CV2837 AND 21CV2642.***

***The horrible, ILLEGAL and EXTREMELY EGREGIOUS EVENTS OF HEARD VS. DEPP HAVE TAKEN MORE THAN ANY FAIR SHARE OF TRIBULATION THAT ONE WIDOWED SINGLE MOTHER SHOULD BEAR; INDEED, B/C OF THE INEPTNESS OF MANY IN OUR GOVERNMENT, TO ATTEMPT TO HIDE OR TO COVER UP THE EVENTS OF THE CASES MENTIONED ABOVE WOULD BE SEVERELY AGAINST THE CIVIL RIGHTS OF MS. HEARD TO EXPERIENCE UNTOWARD OR ILL EFFECTS, BY THE ACTIONS OF OTHERS, WHILE THEY GO UNPUNISHED.  NOT OF COURSE, THAT WE SEEK SUCH, TO PUNISH ANYONE, BUT TO STOP THE PUNISHMENT THAT OCCURS ON THIS PLANET WOULD BE A WISE AIM FOR OUR SPECIES.***

***IT is not right, nor is it fair, nor is it in the best interests of any of us in the eyes of justice, NOT TO UPHOLD LYNN N. HUGHES' JANUARY SIGNED FEDERAL JUDGE'S ORDER, NOR ERNEST M. GROSS', NOR VIRGINIA K. DEMARCHI'S. If, in our attempts to uphold the law of the community, we cannot protect the rights of the individual, then NONE HAS ANY RIGHTS BEFORE THE LAW, OR INDEED IT WOULD SEEM, IN THE SIGHT OF GOD OR THE EXISTENCE WE EXIST WITHIN.  If we indeed be, by all virtue and honesty, a law-abiding society, OR EVEN ONE THAT ATTEMPTS TO DO SO, THEN IT is clear that the verdict and appropriated and required bond are ILLEGAL, AND SHOULD BE SUSPENDED UNTIL FURTHER NOTICE.***

Set forth before the court this day, Monday, July 24th, 2022.

_C. M. Busto_

P.S.:

I believe her Bond is due Sept. 2nd or 3rd;

A ruling before then on this matter, with all due respect, your honors, would be accordingly tasteful.