1:22-CV-00711

(1)

# Exhibit :

it is obvious, once read, that, in a Society proclaiming FREEDOM OF SPEECH AS A RIGHT,

THIS LETTER (BY ONE AMBER LAURA HEARD) WAS TASTEFUL, RIGHT ON TARGET, STATED FACTS (WHICH WE HAVE THE NEED TO DO SO VIA OUR FREEDOM OF SPEECH), AND SHOULD HAVE NEVER CAUSED ANYONE ANY MONETARY (OR OTHERWISE) PUNISHMENT.

## The Washington Post

*Democracy Dies in Darkness*

# Opinion   Amber Heard: I spoke up against sexual violence — and faced our culture's wrath. That has to change.

By Amber Heard

December 18, 2018 at 5:58 p.m. EST

*Editor's note, June 2, 2022: In 2019, Johnny Depp sued Amber Heard for defamation arising out of this 2018 op-ed. On June 1, 2022, following a trial in Fairfax County, Va. Circuit Court, a jury found Heard liable on three counts for the following statements, which Depp claimed were false and defamatory: (1) "I spoke up against sexual violence — and faced our culture's wrath. That has to change." (2) "Then two years ago, I became a public figure representing domestic abuse, and I felt the full force of our culture's wrath for women who speak out." (3) "I had the rare vantage point of seeing, in real time, how institutions protect men accused of abuse." The jury separately found that Depp, through his lawyer Adam Waldman, defamed Heard in one of three counts in her countersuit.*

•••

*Amber Heard is an actress and ambassador on women's rights at the American Civil Liberties Union.*

I was exposed to abuse at a very young age. I knew certain things early on, without ever having to be told. I knew that men have the power— physically, socially and financially— and that a lot of institutions support that arrangement. I knew this long before I had the words to articulate it, and I bet you learned it young, too.

Like many women, I had been harassed and sexually assaulted by the time I was of college age. But I kept quiet — I did not expect filing complaints to bring justice. And I didn't see myself as a victim.

Then two years ago, I became a public figure representing domestic abuse, and I felt the full force of our culture's wrath for women who speak out.

Friends and advisers told me I would never again work as an actress — that I would be blacklisted. A movie I was attached to recast my role. I had just shot a two-year campaign as the face of a global fashion brand, and the company dropped me. Questions arose as to whether I would be able to keep my role of Mera in the movies "Justice League" and "Aquaman."

I had the rare vantage point of seeing, in real time, how institutions protect men accused of abuse.

Imagine a powerful man as a ship, like the Titanic. That ship is a huge enterprise. When it strikes an iceberg, there are a lot of people on board desperate to patch up holes — not because they believe in or even care about the ship, but because their own fates depend on the enterprise.

In recent years, the #MeToo movement has taught us about how power like this works, not just in Hollywood but in all kinds of institutions — workplaces, places of worship or simply in particular communities. In every walk of life, women are confronting these menwho are buoyed by social, economic and cultural power. And these institutions are beginning to change.

We are in a transformative political moment. The president of our country has been accused by more than a dozen women of sexual misconduct, including assault and harassment. Outrage over his statements and behavior has energized a female-led opposition. #MeToo started a conversation about just how profoundly sexual violence affects women in every area of our lives. And last month, more women were elected to Congress than ever in our history, with a mandate to take women's issues seriously. Women's rage and determination to end sexual violence are turning into a political force.

We have an opening now to bolster and build institutions protective of women. For starters, Congress can reauthorize and strengthen the Violence Against Women Act. First passed in 1994, the act is one of the most effective pieces of legislation enacted to fight domestic violence and sexual assault. It creates support systems for people who report abuse, and provides funding for rape crisis centers, legal assistance programs and other critical services. It improves responses by law enforcement, and it prohibits discrimination against LGBTQ survivors. Funding for the act expired in September and has only been temporarily extended.

We should continue to fight sexual assault on college campuses, while simultaneously insisting on fair processes for adjudicating complaints. Last month, Education Secretary Betsy DeVosproposed changes to Title IX rules governing the treatment of sexual harassment and assault in schools. While some changes would make the process for handling complaints more fair, others would weaken protections for sexual assault survivors. For example, the new rules would require schools to investigate only the most extreme complaints, and then only when they are made to designated officials. Women on campuses already have trouble coming forward about sexual violence — why would we allow institutions to scale back supports?

I write this as a woman who had to change my phone number weekly because I was getting death threats. For months, I rarely left my apartment, and when I did, I was pursued by camera drones and photographers on foot, on motorcycles and in cars. Tabloid outlets that posted pictures of me spun them in a negative light. I felt as though I was on trial in the court of public opinion — and my life and livelihood depended on myriad judgments far beyond my control.

I want to ensure that women who come forward to talk about violence receive more support. We are electing representatives who know how deeply we care about these issues. We can work together to demand changes to laws and rules and social norms — and to right the imbalances that have shaped our lives.

**Read more:**

WIKIPEDIA

# *Transcendence* (2014 film)

***Transcendence*** is a 2014 American science fiction thriller film directed by Wally Pfister (in his directorial debut) and written by Jack Paglen. The film stars Johnny Depp, Morgan Freeman, Rebecca Hall, Paul Bettany, Kate Mara, Cillian Murphy and Cole Hauser, and follows a group of scientists who race to finish an artificial intelligence project while being targeted by a radical anti-technology organization.

Paglen's screenplay was listed on the 2012 edition of The Black List, a list of popular unproduced screenplays in Hollywood.[4] *Transcendence* was a box office flop, grossing just $103 million against a budget of as much as $150 million. The film received mainly negative reviews; it was criticized for its plot structure, characters and dialogue but praised for its cinematography, acting, and score.



*Transcendence*

Theatrical release poster

*This movie is about more than AI. It is about using computers to transcend death. That's why Johnny + Elon R in it.*

## Contents

**Plot**

**Cast**

**Production**
   Development
   Financing
   Casting
   Filming
   Music

**Release**
   Theatrical
   Home media

**Reception**
   Box office
   Critical response
   Accolades

**See also**

**Notes**

**References**

**External links**

| | |
|---|---|
| **Directed by** | Wally Pfister |
| **Written by** | Jack Paglen |
| **Produced by** | Andrew A. Kosove |
| | Broderick Johnson |
| | Kate Cohen |
| | Marisa Polvino |
| | Annie Marter |
| | David Valdes |
| | Aaron Ryder |
| **Starring** | Johnny Depp |
| | Morgan Freeman |
| | Rebecca Hall |
| | Kate Mara |
| | Cillian Murphy |
| | Cole Hauser |

Google    transcendence cast                                    Sign in

Q All   🖾 Images   ▶ Videos   📰 News   ⦿ Maps   ⋮ More          Tools          SafeSearch on

About 4,670,000 results (0.55 seconds)

# Transcendence
[PG-13] 2014 · Sci-fi/Thriller · 1h 59m   ⋮          Overview   Cast   Watch movie   Reviews   Parent guide   Quotes

| Johnny Depp | Paul Bettany | Rebecca Hall | Morgan Freeman | Cillian Murphy | Elon Musk | Kate Mara | Josh Stewart |
| Dr. Will Caster | Max Waters | Evelyn Caster | Joseph Tagger | Agent Buchanan | Bree | | Paul |

*Met in person*

Show more ⌄

https://www.imdb.com › title

## Transcendence (2014) - IMDb
Top cast ; Johnny Depp · Will Caster ; Rebecca Hall · Evelyn Caster ; Morgan Freeman · Joseph
Tagger ; Cillian Murphy · Agent Buchanan ; Paul Bettany · Max Waters.
Rating: 6.2/10 · 228,214 votes
Full Cast & Crew · Parents Guide · Plot Summary (5)

*Met in person*

*Knows of me*

Watch movie                                          EDIT SERVICES

| pluto tv | ✓ | 🔖 |
| Watch now | Already watched | Want to watch |
| Free | | |

https://m.imdb.com › title › fullcredits › cast   ⋮

## Cast (95) - Transcendence (2014) - IMDb
Cast (95) · Johnny Depp · Rebecca Hall · Paul Bettany · Cillian Murphy · Kate Mara · Cole Hauser ·
Morgan Freeman · Clifton Collins Jr.

▶ YouTube               From $2.99          ▶ Watch

🏴 Google Play Movies & TV   From $2.99    ▶ Watch

📺 Apple TV             From $2.99          ▶ Watch

All watch options ⌄

## People also ask   ⋮

Why is Elon Musk in Transcendence?

Was Transcendence a good movie?

How much did Johnny Depp get paid for Transcendence?

What is the concept of the movie Transcendence?

Feedback

## About

🎬 Transcendence Official Trailer #1 (201...
▶ 2:32

| 6.2/10 | 19% | 2.4/5 |
| IMDb | Rotten Tomat... | Letterboxd |

71% liked this movie
Google users                              👍  👎

https://en.wikipedia.org › wiki › Transcendence_(2014...   ⋮

## Transcendence (2014 film) - Wikipedia
Casting — The film stars Johnny Depp, Morgan Freeman, Rebecca Hall, Paul Bettany, Kate Mara,
Cillian Murphy and Cole Hauser, and follows a group of ...
Budget: $100–150 million          Distributed by: Warner Bros. Pictures; (Unite...
Production companies: Alcon Entertainment; D...   Music by: Mychael Danna
Plot · Cast · Production · Reception

Dr. Will Caster (Johnny Depp), the world's foremost
authority on artificial intelligence, is conducting highly
controversial experiments to create a sentient
machine. When extremists try to kill the doctor, they
inadvertently become the catalyst for him to succeed.
Will's wife, Evelyn (Rebecca Hall)... MORE ⌄

**Release date:** April 10, 2014 (USA)

**Director:** Wally Pfister

https://www.tvguide.com › movies › transcendence › cast   ⋮

## Full Cast & Crew - Transcendence - TV Guide

Johnny thinks it is unfair that, if he is trying to stop himself from dying, and he needs a lot of money to do it, that he should suffer b/c of the random circumstances of life. I would say he is partially correct. We should NOT BE SACRIFICING THE INDIVIDUAL FOR THE SAKE OF THE WHOLE SPECIES (JESUS).

However, if HE USED DECEPTIVE PRACTICES IN TESTIMONY, AND FRAUDULENTLY PORTRAYED HIS ASSETS, B/C HE IS AFRAID OF LOSING HIS PERSONAL FORTUNE, BY ACKNOWLEDGING 4:21-mc-00020 (HE KNEW ME BEFORE HEARD VS. DEPP AND DURING, + HE KNEW OF LYNN'S JUDGEMENT), AND HE DID NOT ACKNOWLEDGE IT, IT WAS PERJURY + FRAUD.

(did not acknowledge 4:21-mc-00020, but KNEW OF IT )

(cont.) →

TO USE FRAUD + DECEPTION TO CAUSE HARM TO ANOTHER (EVEN + SOMETIMES ESPECIALLY) MONETARILY BY SUCH IS ILLEGAL + FORBIDDEN, AND IS BAD FOR ALL HUMANS + LIVING CREATURES.

Therefore
Causing AMBER LAURA HEARD OR ME POSSIBLE FINANCIAL LOSS (VERDICT + TIME) IS ILLEGAL + VIOLATIONS OF CIVIL RIGHTS.

Monday, July 25th

C. M. Busto

(or anyone else)