In the United States District Court
for the Eastern District of Virginia
Alexandria Division

FILED

Plaintiff's Name

v.                      Civil Action No. *(Enter Civil Action Number)*    2022 JUL 25 P 3: 04

Defendant's Name

**NOTICE**

PLEASE TAKE NOTICE that on Friday *(enter date for hearing)* __To the best__ , at 10:00 a.m., or as soon thereafter as the undersigned may be heard, the plaintiff(s) will present to the Court the Motion *(enter motion type)* __Motion to Suspend__

*[handwritten annotation:]* Before Bond is due, To the best of my knowledge Sept. 2nd or 3rd

__C.M. Busto__
*(Signature)*

__Chad Michael Busto__
*(Printed Name)*
Address
Telephone Number

*(if your honor(s) feel it appropriate, combining BOTH MOTIONS FOR HEARINGS is ACCEPTABLE.)*