**Google** — nueralink

All · News · Videos · Images · Shopping · More · Tools — SafeSearch on

About 14,500,000 results (0.46 seconds)

Showing results for **neuralink**
Search instead for nueralink

https://neuralink.com
**Neuralink: Home**
Developing ultra high bandwidth brain-machine interfaces to connect humans and computers.

**Careers**
Developing ultra high bandwidth brain-machine interfaces to ...

**About**
Neuralink is a team of exceptionally talented people ...

**Applications**
The initial goal of our technology will be to help people with ...

**Interfacing with the Brain**
Neuralink is building a fully integrated Brain Computer ...

More results from neuralink.com »

**People also ask**

What does a Neuralink do?
How much will Neuralink cost?
Is Neuralink available?
Does Elon Musk still own Neuralink?

**Top stories**

INSIDER
Elon Musk's Neuralink: sixth cofounder departs company
1 day ago

yahoo!finance
Neuralink co-founder departs Musk-backed startup -sources
2 days ago

Fortune
Elon Musk's Neuralink brain computer startup is beat again. This time a competit...
2 days ago

Futurism
Neuralink Cofounder Leaves as Brain Company Descends Into Chaos
1 day ago

More news →

https://en.wikipedia.org › wiki › Neuralink
**Neuralink - Wikipedia**
by M Hodak — **Neuralink** Corporation is a neurotechnology company that develops implantable brain–machine interfaces (BMIs). Founded by Elon Musk and a founding team of ...

---

**Neuralink**
Company
neuralink.com

Neuralink Corporation is a neurotechnology company that develops implantable brain–machine interfaces. Founded by Elon Musk and a founding team of seven other scientists and engineers, the company's headquarters is in the Pioneer Building in San Francisco sharing offices with OpenAI. Wikipedia

**Founded:** July 2016
**Whos the ceo:** Elon Musk
**Headquarters:** Pioneer Building, San Francisco, California, U.S. (as of 2020)
**Number of employees:** <200 (April 2022)
**Founders:** Elon Musk, Max Hodak

Competitors
Ownership
Valuation
Purpose

Profiles
Twitter · LinkedIn · Facebook

People also search for
The Boring Company · SolarCity · SpaceX · OpenAI

Claim this knowledge panel — Feedback

---

Handwritten annotations: "Motive is to hide Elon Musk's Cyborgs/Robots Neuroscience/surgery (and so they don't lose their FORTUNES) Lynn's case to keep society functioning the way THEY WANT!!"

A

*The Atlantic*

Subscribe

*Very Relevant*

November 2018 Issue

*3 yrs ago   motive*



Eddie Guy

TECHNOLOGY

# THE PENTAGON'S PUSH TO PROGRAM SOLDIERS' BRAINS

The military wants future super-soldiers to control robots with their thoughts.

By Michael Joseph Gross

# The Atlantic

Subscribe

PRESS ROOM

## "Jeff Bezos's Master Plan"

In The Atlantic's November issue, Franklin Foer reports on the global scale of the Amazon CEO's influence, and his ambitions beyond Earth

*[handwritten annotation: Jeff divided up his brain for possible surgery in FUTURE]*



OCTOBER 10, 2019

SHARE ⌄

In the 25 years since Jeff Bezos founded an online bookstore, the Amazon chairman and CEO has become one of the most powerful people on Earth. His company controls nearly 40 percent of all e-commerce in the United States. It owns 42 percent of the paper-book market and a third of the streaming-video market. By one estimate, Amazon Web Services commands almost half of the cloud-computing industry, with institutions as varied as General Electric and the CIA relying on its servers. A new headquarters will soon be erected near Washington, D.C., where Bezos already owns

Subscribe for unlimited access                                                     ✕

**The Washington Post**

*Democracy Dies in Darkness*

# The long and gruesome history of people trying to live forever

By Theo Zenou
May 1, 2022 at 7:00 a.m. EDT

The Renaissance philosopher Montaigne quipped that "death has us by the scruff of the neck at every moment." He could have added: until, finally, it strangles us. But what if we knew how to escape death's chokehold? What if we could avoid death and live forever?

Immortality might seem like the stuff of science fiction, yet it's increasingly becoming the focus of real science. In 2013, Google launched Calico, a biotech firm whose objective is to "solve" death. PayPal co-founder Peter Thiel, meanwhile, has pledged to "fight" death. And last year, it was reported Amazon chairman Jeff Bezos had invested in Altos Labs, a company that plans to "rejuvenate" cells in order to "reverse disease." (Bezos owns The Washington Post.)

There's even a start-up developing drugs so that dogs can live longer. Clinical trials are scheduled to start this year. If they're conclusive, the plan is to apply the same science to people.

Immortality — or anti-aging, as researchers soberly call it — is the next big thing. Estimates put the industry's worth at a staggering $610 billion by 2025.

From Silicon Valley to Cambridge, England, scientists are writing the latest chapter in the tortuous history of our quest for eternal life. It's a history that goes back a long way.

We've been trying forever to live forever. Our species' oldest story, "The Epic of Gilgamesh," is about that very longing.

Etched on clay tablets four millennia ago in Mesopotamia, it concerns King Gilgamesh, a "wild bull of a man" with gigantic muscles and an even more gigantic ego. After the death of his best friend, Gilgamesh is forced to confront his own mortality. "Must I die too?" he cries to the heavens.

In his grief, he transforms into a Mesopotamian Peter Thiel and sets out on a mission to "overcome" death. He fails, but uncovers the meaning of life along the way:

> Humans are born, they live, then they die,

Larry + Sergey, Back in like 2013/2014 started

# TIME

## CAN Google SOLVE DEATH?

The search giant is launching a venture to extend the human life span.

That would be crazy—if it weren't Google

By Harry McCracken and Lev Grossman

Numerous corp./entities to do this.

Putting her through it, when it (the trial at C. FRAUDULENT Fairfax) was: A. Illegal B. Double Jeopardy PROSECUTION



LA Times via Yahoo
Amber Heard's treatment on Twitter during Depp trial was 'flagrant abuse,' report says
2 days ago

Newsweek
Shania Twain fans refusing to watch doc because of Eve Barlow involvement
6 hours ago

Forbes
Anti-Amber Heard Campaign One Of Cases Of Cyberbu[llying] Report Says
3 days ago

View all

Death threats / hate mail / whole 9 yards.