C. M. Bush
1041 Wisconsin Ave.
Washington, D.C.
20007

Rossie Alston
U.S. Fed. Distr
401 Courthouse Squ.
Alexandria, VA 2