1:22CV771

Rossie:

During Depp vs. Heard, Crone tried to catch me stealing a laptop at Best Buy. Wrote me a trespass, "let me go."

case #

**EMERGENCY** 911   **NON-EMERGENCY** 703-691-2131
**FAIRFAX COUNTY POLICE**
SERGEANT JOHN CRONE
FAIRFAX COUNTY POLICE DEPARTMENT
MCLEAN DISTRICT POLICE STATION
1437 BALLS HILL ROAD
MCLEAN, VA 22101
(703) 556-7750
JOHN.CRONE@FAIRFAXCOUNTY.GOV
CASE # 2022 0900145

He gave me this card at Best Buy (after he gave me b. card)

(before I wrote him letters which I did)

(HE WAS TIPPED OFF BY SATELLITE.)

(musk, hock e. tan, someone like that)

He knew about me DURING TRIAL

RECEIVED MAILROOM JUL 26 2022 CLERK, U.S. DISTRICT COURT ALEXANDRIA VIRGINIA

They knew in <u>so</u> <u>many</u> ways.