Busto + Heard
1041 Wisconsin Ave.
Washington, D.C.
20007

TO:
Rossie Alston, Jr.
U.S. Federal Court
401 Courthouse Squ.
Alexandria, VA 22314