In the United States District Court
for the Eastern District of Virginia
Alexandria Division

FILED

Plaintiff's Name  C. M. Busto

2022 JUL 26  P 3:46

v.  Civil Action No. *(Enter Civil Action Number)*

1:22-CV-00771

Defendant's Name

Fairfax Co.

**NOTICE**

PLEASE TAKE NOTICE that on Friday *(enter date for hearing)* Aug. 5th, at 10:00 a.m., or as soon thereafter as the undersigned may be heard, the plaintiff(s) will present to the Court the Motion *(enter motion type)* Suspension of Payment of Bond

*(Signature)* Ch Busto

*(Printed Name)* Chad Michael Busto
*Address*
*Telephone Number*