1:22CV-771

FILED
MAILROOM
JUL 28 2022
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Rossie + Ivan : Recently (like a month ago), I emailed EVERYONE ON JAN 6th COMMITTEE ABOUT ALL OF US BEING CONVICTED (ALL 331 MILLION) OF THE JAN 6th Attacks

@ CMBusto1

Twitter

YOUTUBE = TYPE IN

CMBUSTO AND FEDERAL COURT CASES

CONV. THE U.S.

(exact) ↑



*Type into Youtube*

FDERAL+COURT+CASES+CONV.+THE+U.S.

CMBUSTO AND FEDERAL COURT CASES CONV. THE U.S.   ✕   🔍   🎤

Some results have been removed because Restricted Mode is enabled by your network administrator.

⇄ FILTERS

Instant Court Cases Search - Just Type In a Name & S

Interested In The Details? Search Court Cases, Arrest & Criminal Records In Seco

Ad   https://tracking.instantcheckmate.com/court/cases

◎ Find Court Case Database - Search Court Case Database Now

≡  YouTube      🔍  🎤  ⋮  ⊗ SIGN IN

- ⌂ Home
- ⊘ Explore
- 𝒮 Shorts
- ⎙ Subscriptions

- ▣ Library
- 🕒 History

Sign in to like videos,
comment, and subscribe.

⊗ SIGN IN

**EXPLORE**

- 🎵 Music
- 🏆 Sports
- 🎮 Gaming
- 🎬 Movies & Shows
- 📰 News
- 📻 Live
- 👗 Fashion & Beauty
- 🎓 Learning
- ▶ Spotlight
- 🎦 360° Video

⊕ Browse channels

Some results have been removed because Restricted Mode is enabled by your network administrator.

⇄ FILTERS



### Instant Court Cases Search Type In a Name & State

Interested In The Details? Search Court Ca
Criminal Records In Seconds! Search for F

Ad   https://tracking.instantcheckmate.c

---

◯ **Find Court Case Database - Search Court Case...**   ⋮

Search Court Case Database and Find What You Want at
SpeedySearchResults.com. Explore Court Case Database Related to Your
Search and Learn More Now. Instant Search. Quality Information.

Ad   https://www.speedysearchresults.com/search

---

ⓘ **Federal Criminal Court Cases - Find Federal...**   ⋮

Search Federal Criminal Court Cases. Visit & Lookup Immediate Results Now.

Criminal Law      DUI Lawyer      Defense Attorney

Ad   https://www.info.com/web/law_gov



### CMBUSTO AND FEDERAL COURT CAS...

1 subscriber • 8 videos

### Adam kinzinger

1 view • 1 month ago

Ⓒ CMBUSTO AND FEDERAL

 𝒮 SHORTS

### Pete Aguilar being



☰  ▶ YouTube

🔍  🎤  ⋮  ⬤ SIGN IN

🏠 Home

🧭 Explore

▷ Shorts

⯬ Subscriptions

▷ Library

🕘 History

Sign in to like videos, comment, and subscribe.


SIGN IN

EXPLORE

🎵 Music

🏆 Sports

🎮 Gaming

🎬 Movies & Shows

📰 News

📻 Live

👗 Fashion & Beauty

🎓 Learning

▶ Spotlight

📹 360° Video

⊕ Browse channels

1:09  ©  CMBUSTO AND FEDERAL



4:54

June 11, 2022

1 view • 1 month ago

© CMBUSTO AND FEDERAL



INFO ON INFINITE MONEY,...

6 views • 1 month ago

© CMBUSTO AND FEDERAL

⚡ SHORTS



Zoe lofgren being informed,...

2 views • 1 month ago

© CMBUSTO AND FEDERAL

⚡ SHORTS



1:39

film sending info about FEDERAL...

2 views • 1 month ago

© CMBUSTO AND FEDERAL



Adam Schiff being sent info about...

7 views • 1 month ago

© CMBUSTO AND FEDERAL

⚡ SHORTS

No more results

Google

johnny depp files appeal

Q All    📰 News    🖼 Images    ▶ Videos    🛒 Shopping    ⋮ More          Tools          SafeSearch on

About 12,700,000 results (0.60 seconds)

📰 Top stories    ⋮

Geo.tv
Johnny Depp gets back at Amber Heard, files multi-million dollar appeal in libel case
2 days ago

Newsweek
Amber Heard Appealing Depp Verdict a 'Smart Strategic Play'—Lawyer

2 hours ago

NOW
Johnny Depp And Amber Heard Each File Notice Of Appeal In Defamation Case
1 day ago

More news →

https://www.today.com › popculture › popculture › joh...    ⋮
Johnny Depp responds to Amber Heard's notice of appeal ...
4 days ago — Johnny Depp has filed a notice of appeal against Amber Heard, less than a day after she filed a motion to appeal the ruling from their ...

https://www.cinemablend.com › Movies    ⋮
Johnny Depp's Team Has Responded After Amber Heard ...
4 days ago — Amber Heard is continuing to fight the verdict of the defamation case against Johnny Depp.

▶ Videos    ⋮

BREAKING: Johnny Depp Files Notice of Appeal to Overturn ...
YouTube · Law&Crime Network
3 days ago

LIVE: Johnny Depp Files An Appeal - Are We Suprised?
YouTube · Lawyer You Know
3 days ago

Johnny Depp Slams Amber Heard For Finally Appealing Verdict
YouTube · This Happened
2 days ago

View all →          Feedback

https://www.theguardian.com › film › jul › johnny-dep...    ⋮
Johnny Depp follows Amber Heard in filing appeal over ...
3 days ago — Johnny Depp has filed a notice of appeal one day after his former partner Amber Heard filed her own against the outcome of a ...

Press b/c of what I did (we)

he prob. wasn't going to file, but now is possibly vindictive; did it b/c of my filing

## White House Tour - REQUEST DENIED

From   White House Tours - No Reply <noreplytours@who.eop.gov>

To      saskatoon.banzai@proton.me, whitehousetours.raskinmd08jr@mail.house.gov

Date   Friday, July 1st, 2022 at 3:20 PM



Hello, thank you for submitting a request for a White House tour. The First Family values every opportunity they have to welcome visitors to the White House. Unfortunately, the volume of requests are such that many must be declined. It is with sincere regret that we are unable to arrange for a tour of the White House for the **Chad Busto** group (CS-3559667).

Thank you for your interest in visiting the White House.
We appreciate your understanding.

Sincerely,
White House Visitors Office

tried to go to the white house -