Busto
1041 Wisconsin Ave.
Washington, D.C.
        20007

CAPITAL DISTRICT 208

26 JUL 2022   PM 2  L

FOREVER / USA

Rossie Alston, Jr.
U.S. Federal Court
401 Courthouse Squ.

Alexandria, VA   22314

U.S. MARSHALS SERVICE

RECEIVED
MAILROOM

JUL 28 2022

CLERK, U.S. DISTRICT COURT
ALEXANDRIA VIRGINIA

22314-570499