1:22-CV-00771

# FREE SPEECH AND WHY OUR FOUNDING FATHERS GAVE IT TO US.

FILED 2022 JUL 29 A 11:03

(1)

We need free speech, even though our language is illegal, for ONE HUGE BASIC REASON: TO TALK ABOUT ALL OUR PROBLEMS AS PEOPLE + AS AN ENTIRE SPECIES. IT IS IMPERATIVE TO PROBLEM SOLVE; I refuse to live in a reality where poverty, sickness, Death, Crim Accidents + the like occur, and NOT TRY TO STOP THEM

As humans, it is a basic tendency to work against suffering, even if it seems hard. We need our ability to communicate the nature of our problems, and we need our free speech to come up with solutions.

~~The~~ If, as defamation is, we have problems with our free speech then maybe the People of America should come together to discuss our plight. Gathering and having meetings is a basic human Right + Tactic for problem solving.

We must not be punished for using our rights, nor should we use them to perpetuate the problem.

We DO WAY TOO MUCH OF BOTH.

Let us try to stop. Together.

That is one of the main points of this case.

1:22-cv-00771

Maybe what happened to Johnny + his job at Disney was unfair; but it was at least equally unfair to Amber, to be punished for using her God-Given Constitutional Rights.

Her verdict IS ILLEGAL, WRONG, AND IT NEEDS TO BE OVERTURNED.