## good films prod. US inc also informed

From   BuTt <b58378609@gmail.com>
To     evasquez@brownrudnick.com, efile_crawford@casd.uscourts.gov, lithuanianblues1234@mail.com, LNH@txs.uscourts.gov, saskatoon.banzai@proton.me
Date   Monday, June 27th, 2022 at 4:40 PM

1.84 MB   1 file attached

IMG_20220628_042258.jpg 1.84 MB

his lawyers r
responsible (he is responsible for his
                                lawyers in return)

(Johnny Depp)    for Representing
                 TRUTH IN
                 ASSETS

IMG_20220628_042258.jpg    1 of 1

**Good films**

```
UNITED STATES
POSTAL SERVICE.

COURT HOUSE ARLINGTON
2043 WILSON BLVD
ARLINGTON, VA 22201-9997
(800)275-8777

06/27/2022                          04:22 PM
--------------------------------------------
Product               Qty   Unit    Price
                            Price
--------------------------------------------
Priority Mail® 2-Day   1            $8.95
Flat Rate Env
   Beverly Hills, CA 90212
   Flat Rate
   Expected Delivery Date
      Thu 06/30/2022
   Tracking #:
      9505 5123 2792 2178 6800 97
   Insurance                        $0.00
      Up to $50.00 included
Total                               $8.95

Grand Total:                        $8.95

Credit Card Remitted                $8.95
   Card Name: VISA
   Account #: XXXXXXXXXXXX5881
   Approval #: 714114
   Transaction #: 107

********************************************
     Every household in the U.S. is now
     eligible to receive a third set
           of 8 free test kits.
          Go to www.covidtests.gov
********************************************
Text your tracking number to 28777 (2USPS)
```

**"Gregg Rocky Brooks"**
**Case**



**Infinitum Nihil**

---

**UNITED STATES POSTAL SERVICE.**

COLLEGE PARK
4815 CALVERT RD
COLLEGE PARK, MD 20740-9997
(800)275-8777

06/28/2022                                    12:29 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® 2-Day Flat Rate Env  Woodland Hills, CA 91367  Flat Rate  Expected Delivery Date  Fri 07/01/2022  Tracking #:  9505 5114 0757 2179 2288 42 | 1 | | $8.95 |
| Insurance  Up to $50.00 included | | | $0.00 |
| Total | | | $8.95 |
| Priority Mail® 2-Day Flat Rate Env  Woodland Hills, CA 91367  Flat Rate  Expected Delivery Date  Fri 07/01/2022  Tracking #:  9510 8114 0757 2179 2288 52 | 1 | | $8.95 |

Insurance...