Busto
1041 Wisconsin Ave.
Washington, D.C.
20007

1:22-cv-00771

NOVA 220
27 JUL 2022 PM 3 L

S. MARSHAL

RECEIVED MAILROOM
29 2022
CLERK, U.S. DISTRICT COURT
ALEXANDRIA VIRGINIA

Rossie Alston Jr., + Ivan D. Davis
U.S. Federal Court
401 Courthouse Sqr.
Alexandria, VA 22314

(3) of

22314-570499