

FILED
MAILROOM
JUL 29 2022
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## UNLESS JOHNNY D. DISCLOSES HIS REAL ASSETS DURING SETTLEMENT HEARINGS OR BEFORE TRIAL, HE'S PERJURING AND COMMITTING SERIOUS FRAUD

**From:** "BuTt" <b58378609@gmail.com>

**To:** info@boldlaw.com, cvasquez@brownrudnick.com, "lithuanianblues1234@mail.com" <lithuanianblues1234@mail.com>, efile_crawford@casd.uscourts.gov, LNH@txs.uscourts.gov

**Date:** Jun 26, 2022 12:29:37 PM

**Attachments**
- IMG_20220627_002501.jpg
- IMG_20220627_002508.jpg

*[Handwritten annotation:] Faxed over to Brown Rudnick from Staples + sent email(s)*



27

Compose E-mail           Delete | Spam   Reply   | Forward   Move
                                                                    Close
Search

Unre
Favo
Inbo

Disp
Trasl
Spar
Sent
Draft
diah
+ New
+ Add

# Staples.

Your fax has been sent successfully!
Date: Sun 26-Jun-2022 12:24:14 EDT
Phone Number: 8182412653
Images Scanned: 1
Fax Id: 7bf35caf-409d-4c48-b4ad-0d7c6ff3b21e
Status: SUCCESS

Before Penney
Signed ; Before J.D.'s
                    appeal

IMG_20220627_002    IMG_20220627_002

127         < Page 4 of 6 >

About us

TO: Azizian Arbella

Camille has been sent this. Johnny won a huge Federal Court case last January.

He lied + perjured in his last trial

THIS FEDERAL COURT

P. Azcarate has sent USPS certified mail during the trial. She ignored it for Gloy an emergency injunction for Ms. Heard tomorrow in Fed. Court in Alexandria, Va.

Assets of this + cases last year over $1 Billion

He (Johnny) is misrepresenting his Assets

faxed