Busto
1041 Wisconsin Ave.
Washington, D.C.
20007

1:22-CV-00771

NOVA 220
27 JUL 2022   PM 3   L

U.S. MARSHALS

RECEIVED MAILROOM
29 2022
CLERK, U.S. DISTRICT COURT
ALEXANDRIA VIRGINIA

Rossie Alston Jr., + Ivan D. Davis
U.S. Federal Court
401 Courthouse Squ.
Alexandria, VA 22314

① of ③

22314-570499