FILED

## UNITED STATES DISTRICT COURT

FOR THE

2022 AUG 11  A 9: 55

### EASTERN DISTRICT OF VIRGINIA

1:22-CV-00771

### BUSTO VS. FAIRFAX CO.

### MOTION/REQUEST FOR DEFAULT JUDGMENT TO BE ENTERED.

TO THE CLERK OF COURT IN ALEXANDRIA:

TODAY, AUGUST 11TH, 2022, MARKS THE END OF THE 20 DAY PERIOD FOR FAIRFAX CO. TO ANSWER SUMMONS. THE PLAINTIFF, MR. C. M. BUSTO, REQUESTS THE CLERKS OFFICE ENTER A DEFAULT JUDGMENT ON BEHALF OF FAIRFAX CO. IN FAVOR OF THE TOTAL AMOUNT OF THE CURRENT DEBT ONE AMBER LAURA HEARD HAS INCURRED, WHICH IS THE STATED RELIEF IN THE CASE (APPROX. $8.5 MILLION), BE NULLIFIED, RELIEVING MS. HEARD OF NECESSITY OF PAYMENT.

PLEASE ADD THE AMOUNT OF $75,000, AS STATED, TO THE JUDGMENT. THANK YOU.

C. M. BUSTO

*C M B* (signature)

Aug 11th 2022