UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF VIRGINIA

1:22-CV-00771

BUSTO VS. FAIRFAX CO.

ROSSIE ALSTON JR. AND IVAN D. DAVIS

REQUEST FOR AN EMERGENCY HEARING BEFORE

SEPT. 1ST

TO THE CLERKS OF ALEXANDRIA FEDERAL COURT:

THIS IS A MOTION/REQUEST FOR AN EMERGENCY HEARING WITH JUDGE ALSTON ON FRIDAY, AUGUST 26TH, OR ANY TIME AND DATE BEFORE SEPT. 1ST WHERE AVAILABLE, TO PETITION THE COURT TO RESCIND FAIRFAX COUNTY'S ILLEGAL BOND NECESSITY TO APPEAL HER VERDICT IN CL-2019-2911, AND TO DISCUSS FAIRFAX DEFAULTING.

THANK YOU

*C.M. Busto*

C. M. Busto

Aug. 19th, 2022