**FROM:** C. M. Busto
1041 Wisconsin Ave.
Washington, D.C.
20007

RECEIVED MAILROOM
AUG 22 2022
CLERK, U.S. DISTRICT COURT
ALEXANDRIA VIRGINIA

**TO:**
CLERK OF COURT
U.S. DISTRICT COURT
401 Courthouse Squ.
Alexandria, VA 22314