| | |
|---|---|
| **From:** | heard_support <heard_support@proton.me> |
| **Sent:** | Tuesday, August 23, 2022 7:12 AM |
| **To:** | Chairman; Mason; Sully District Kathy L. Smith; Leedist BOS; Dranesville BOS; Clerk to the BOS; Providence BOS; Braddock BOS; Hunter Mill BOS; Mt. Vernon District BOS; LNH@txs.uscourts.gov; efile_crawford@casd.uscourts.gov |
| **Subject:** | AMBER HEARD'S TRIAL, VERDICT AND BOND R ILLEGAL |
| **Attachments:** | Screenshot_20220822-060155_Gmail.jpg; 20220822_052421.jpg; Screenshot_20220823-040558_Drive.jpg; Screenshot_20220823-040626_Chrome.jpg |

PER FED. COURT JUDGMENTS/CASES LAST YR,

AMBER LAURA HEARD'S TRIAL, VERDICT, AND BOND FROM CL-2019-2911, DEPP VS HEARD

ARE ILLEGAL, BANNED, PROHIBITED, OUTLAWED, UNLAWFUL, FORBIDDEN

ORDERED SUCH BY FEDERAL JUDGES LYNN N HUGHES, KEITH P. ELLISON, AND VIRGINIA K DEAMARCHI IN MULTIPLE FED COURT CASES

WE ARE IMMEDIATELY REQUESTING A CEASE AND DESIST ON ALL 3, FIRST BY RESCINDING THE NECESSITY TO PAY AN ILLEGAL BOND TO APPEAL, NECESSARY BEFORE SEPT. 1ST (WHEN BOND IS DUE), AND THEN A RESCINDING OF THE VERDICT AND DEBT INCURRED UPON MS. HEARD, INBTHE FULL AMOUNT.

FAIRFAX CO. RECENTLY DEFAULTED IN FED COURT CASE 1:22-CV-00771, BUSTO VS FAIRFAX CO., SIGNIFYING SOME AMOUNT OF COOPERATION WITH THE GOV. OF VIRGINIA AND FED. JUDGES.

NOW WE NEED THE FULLNESS OF THE EFFECT.

I HAVE SENT TWITTER MESSAGES, THESE EMAILS, AND LEFT MESSAGES AT SOME OF THE PHONE NUMBERS LISTED FOR FAIRFAX B OF S, AND RECORDED DOING SO.

THE FED. COURT CASE IS ACTIVE.

FEDERAL JUDGES ORDERS HAVE AUTHORITY OVER THE STATES, FROM ALL JURISDICTIONS.

Sent with **Proton Mail** secure email.

EXHIBIT 1