**CIVIL DOCKET FOR CASE #: 1:22-cv-00771-RDA-IDD**

Busto v. Fairfax County et al
Assigned to: District Judge Rossie D. Alston, Jr
Referred to: Magistrate Judge Ivan D. Davis
Cause: 28:1331 Federal Question

Date Filed: 07/11/2022
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**
C. M. Busto

represented by C. M. Busto
1041 Wisconsin Avenue
Washington, DC 20007
(223) 233-7157
PRO SE

**Defendant**
Fairfax County

**Defendant**
Penney Azcarate
District Court State/County Judge

| Date Filed | # | Docket Text |
|---|---|---|
| 07/11/2022 | 1 | COMPLAINT against Penney Azcarate, Fairfax County (Filing fee $ 402, receipt number 14683091807) filed by C. M. Busto. (Attachments: # 1 Exhibit, # 2 Civil Cover Sheet, # 3 Receipt)(jlan) (Entered: 07/11/2022) |
| 07/13/2022 | 2 | Submission to the Court by C. M. Busto. (Attachments: # 1 Envelope)(swil) (Entered: 07/15/2022) |
| 07/19/2022 | 3 | Summons Issued as to Penney Azcarate, Fairfax County (swil) (Entered: 07/19/2022) |
| 07/20/2022 | 4 | SUMMONS Returned Executed by C. M. Busto, Penney Azcarate served on 7/20/2022, answer due 8/10/2022; Fairfax County served on 7/20/2022, answer due 8/10/2022. (nlop, ) (Entered: 07/20/2022) |
| 07/20/2022 | 5 | Notice to Set Hearing by C. M. Busto. (nlop, ) Modified on 7/25/2022 (nlop, ). (Entered: 07/20/2022) |
| 07/21/2022 | 6 | Submission to the Court by C. M. Busto. (Attachments: # 1 Envelope)(swil) (Entered: 07/21/2022) |
| 07/22/2022 | 7 | Writ of Enforcement/Execution by C. M. Busto. (kgall) (Entered: 07/22/2022) |
| 07/25/2022 | 8 | MOTION to Suspend the Entire Amount of The Required Bond to Appeal for One Amber Laura Heard in The Matter of Heard vs. Depp, CL-2019-2911 by C. M. Busto. (Attachments: # 1 Exhibit 1)(nneb) (Entered: 07/25/2022) |
| 07/25/2022 | 9 | NOTICE of Hearing on Motion 8 MOTION to Suspend the Entire Amount of The |

EXHIBIT 2