UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **C.M. BUSTO,** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. 1:22-cv-771 (RDA/IDD) |
| | : |
| **FAIRFAX COUNTY, ET AL.,** | : |
| | : |
| Defendants. | : |
| | : |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on Friday, September 30, 2022, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendant Fairfax County will move this Court to dismiss this case pursuant Fed. R. Civ. P. 12(b)(5) for insufficient service of process as set forth in the accompanying memorandum of points and authorities in support of motion to dismiss.

Respectfully submitted,

FAIRFAX COUNTY
By Counsel, by special appearance

1

ELIZABETH D. TEARE
COUNTY ATTORNEY


By               /s/
    Kimberly P. Baucom, Senior Assistant County Attorney
    Virginia Bar Number 44419
    Office of the County Attorney
    12000 Government Center Parkway, Suite 549
    Fairfax, VA  22035-0064
    Phone: 703-324-2421
    Fax: 703-324-2665
    Kimberly.Baucom@fairfaxcounty.gov
    Counsel for Fairfax County, by special appearance


## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of August, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a true copy of the foregoing to the following:

C.M. Busto
1041 Wisconsin Avenue
Washington D.C. 20007
(223) 233-7157
Saskatoon.banzai@proton.me
Counsel for Fairfax County



                /s/
        Kimberly P. Baucom