In the United States District Court
for the Eastern District of Virginia
Alexandria Division

FILED

Plaintiff's Name

C. M. Busto

v.

Civil Action No. *(Enter Civil Action Number)*

2022 AUG 23 P 2: 10

Defendant's Name

Fairfax County

1:22-CV-00771

**NOTICE**

PLEASE TAKE NOTICE that on Friday *(enter date for hearing)* Aug 26th, at 1:00 p.m. ~~10:00 a.m.~~, or as soon thereafter as the undersigned may be heard, the plaintiff(s) will present to the Court the Motion *(enter motion type)* Default Judgment

CM Busto
*(Signature)*

Chad Michael Busto
*(Printed Name)*
Address
Telephone Number

1 p.m., Friday Aug 26th

Because I have Court with Claude Hilton at 10:00 a.m.

OR

Wed., Aug 31st at 10:00 am.   OR
Thurs., ~~Aug~~ Sept. 1st at 10:00 a.m.   OR
Fri., Sept. 2nd at 10:00 a.m.